**RESOLUTION NO. 2025-___**

**CITY OF TONTITOWN, WASHINGTON COUNTY, ARKANSAS**

**A RESOLUTION AUTHORIZING OFFER OF JUDGMENT TO RESOLVE EXISTING LITIGATION FOR THE CITY OF TONTITOWN, ARKANSAS**

**WHEREAS,** the City of Tontitown desires to make an offer of judgment in the amount of $30,000.00 for all claims asserted in a lawsuit filed against the City on April 17, 2025, by the Plaintiff, Jeremy Sherland, in the United States District Court of the Western District of Arkansas, Fayetteville Division; and

**WHEREAS,** the City Council finds that it is in the best interest and benefit of the community to approve of the offer of judgment in the amount of $30,000.00, attached hereto as Exhibit "A", for all claims asserted in the United States District Court Case No. 5:25-CV-5084.

**NOW, THEREFORE, BE IT RESOLVED,** by the City Council of the City of Tontitown, Arkansas:

**Section 1.**    The City Council hereby authorizes the offer of judgment, attached hereto as Exhibit "A", in the amount of $30,000.00 for all claims asserted in the United States District Court Case No. 5:25-CV-5084.

**Section 2.**    The Mayor and her designee are hereby authorized to take all such action, including the expenditure of funds, in connection therewith. Further, all previous acts or actions of the Mayor or her designee in connection herewith are hereby ratified and approved.

**PASSED AND APPROVED** this ___ day of September 2025.

APPROVED:

_____
Angela Russell, Mayor

ATTEST:


_____
Rhonda Ardemagni, City Clerk-Treasurer
(SEAL)