# TONTITOWN POLICE DEPARTMENT

235 EAST HENRI DE TONTI BLVD
TONTITOWN, AR 72770

Page **1**  **Incident**

| Incident # | 25-000497 |

| Beat | Rpt Dist | Type | | | Seq |
|------|----------|------|--|--|-----|
| | | **Criminal Report** | | | **1** |

**Crime / Incident (Primary, Secondary, Tertiary)**
**5-54-102 OBSTRUCTING GOVERNMENT OPERATIONS**

| | Attempt | Occurred | Date | Time | Day |
|--|---------|----------|------|------|-----|
| | ☐ | On or From | 12/12/2025 | 21:54 | Fri |
| | ☐ | To | 12/12/2025 | 22:30 | Fri |
| | ☐ | Reported | 12/12/2025 | 00:45 | Fri |

**Location of Incident** Lazzari, , AR

**Cross Street** PENZO

| Latitude / Longitude | County |
|----------------------|--------|
| | **WASH** |

Dispo  "V" = Victim  "RP" = Reporting Party  "W" = Witness  "S" = Suspect  "O" = Other

| | Last, First, Middle (Firm if Business) | Race | Sex | Age | HT | WT | Hair | Eyes | Home Phone |
|--|----------------------------------------|------|-----|-----|----|----|------|------|------------|
| **V** | **ARKANSAS, STATE OF** | | | | | | | | **(479)** |

| Address | DOB | | DL Number | | | | State | Work Phone |
|---------|-----|--|-----------|--|--|--|-------|------------|
| | | | | | | | **AR** | **(479)** |

| City, State, Zip Code | SSN | Local ID # | State # | FBI # | Cell Phone |
|-----------------------|-----|-----------|---------|-------|------------|
| AR 72770 | | | | | 0 |

| | Last, First, Middle (Firm if Business) | Race | Sex | Age | HT | WT | Hair | Eyes | Home Phone |
|--|----------------------------------------|------|-----|-----|----|----|------|------|------------|
| **RP** | **SANFORD, MONICA** | W | F | | | | | | |

| Address | DOB | | DL Number | | | | State | Work Phone |
|---------|-----|--|-----------|--|--|--|-------|------------|
| | | | | | | | **AR** | 0 |

| City, State, Zip Code | SSN | Local ID # | State # | FBI # | Cell Phone |
|-----------------------|-----|-----------|---------|-------|------------|
| | | | | | 0 |

| | Last, First, Middle (Firm if Business) | Race | Sex | Age | HT | WT | Hair | Eyes | Home Phone |
|--|----------------------------------------|------|-----|-----|----|----|------|------|------------|
| **S** | **MCTEE, STEPHANIE FERNANDEZ** | W | F | | 5-03 | 110 | BLK | BRO | (479) |

| Address | DOB | | DL Number | | | | State | Work Phone |
|---------|-----|--|-----------|--|--|--|-------|------------|
| | | | | | | | **AR** | (479) |

| City, State, Zip Code | SSN | Local ID # | State # | FBI # | Cell Phone |
|-----------------------|-----|-----------|---------|-------|------------|
| | | | | | |

| | Last, First, Middle (Firm if Business) | Race | Sex | Age | HT | WT | Hair | Eyes | Home Phone |
|--|----------------------------------------|------|-----|-----|----|----|------|------|------------|
| **S** | **MCTEE, JARON WADE** | W | M | | 6-00 | 185 | BRO | BRO | |

| Address | DOB | | DL Number | | | | State | Work Phone |
|---------|-----|--|-----------|--|--|--|-------|------------|
| | | | | | | | **AR** | 0 |

| City, State, Zip Code | SSN | Local ID # | State # | FBI # | Cell Phone |
|-----------------------|-----|-----------|---------|-------|------------|
| | | | | | ( |

**Synopsis**

**SOLVABILITY**

| Continuation Attached | ☒ | PropertyList Attached | ☒ | Property Damage $ | |
|-----------------------|---|------------------------|---|-------------------|--|
| UCR | 26 | Press Release | ☐ | Domestic Violence Case | ☐ |
| Gang Related | N | Hate Crime | ☐ | Victim Senior Citizen | ☐ |
| Pursuit | ☐ | Force Used | ☐ | Child Abuse | ☐ |
| | | County Code | WASH | Disposition | OPEN |
| | | | | Connecting Case # | |
| Report Complete/Ready for Review | ☒ | | | CAD/CFS Event # | |

Assigned To **BENTLEY, DARRIN**  Date

| Officer ID | **BENTLEY, DARRIN** | **DB0818** | Reviewed By **Trevor Hammons** | Approved **YES** | Date **12/27/2025** |
|------------|---------------------|------------|--------------------------------|------------------|---------------------|

# TONTITOWN
# POLICE DEPARTMENT

Page **2**

**Names**

Incident #  **25-000497**

# Incident Cont'd

| Crime / Incident (Primary) | | Attempt | Type | | Seq |
|---|---|---|---|---|---|
| 5-54-102 OBSTRUCTING GOVERNMENT OPERATIONS | | ☐ | *Criminal Report* | | *1* |

| Dispo | Last, First, Middle (Firm if Business) | Race | Sex | Age | HT | WT | Hair | Eyes | Home Phone |
|---|---|---|---|---|---|---|---|---|---|
| **O** | | | | | | | | | (479) |
| Address | | DOB | | DL Number | | | | State **AR** | Work Phone (479) |
| City, State, Zip Code | | SSN | | Local ID # | State # | FBI # | | Cell Phone | 0 |
| **O** | Last, First, Middle (Firm if Business) | Race | Sex | Age | HT | WT | Hair | Eyes | Home Phone (479) |
| Address | | DOB | | DL Number | | | | State **AR** | Work Phone (479) |
| City, State, Zip Code | | SSN | | Local ID # | State # | FBI # | | Cell Phone | 0 |
| **O** | Last, First, Middle (Firm if Business) | Race | Sex | Age | HT | WT | Hair | Eyes | Home Phone (479) |
| Address | | DOB | | DL Number | | | | State **AR** | Work Phone (479) |
| City, State, Zip Code | | SSN | | Local ID # | State # | FBI # | | Cell Phone | 0 |
| **O** | Last, First, Middle (Firm if Business) | Race | Sex | Age | HT | WT | Hair | Eyes | Home Phone 0 |
| Address | | DOB | | DL Number | | | | State **AR** | Work Phone 0 |
| City, State, Zip Code | | SSN | | Local ID # | State # | FBI # | | Cell Phone | 0 |
| **O** | Last, First, Middle (Firm if Business) | Race | Sex | Age | HT | WT | Hair | Eyes | Home Phone (479) |
| Address | | DOB | | DL Number | | | | State **AR** | Work Phone (479) |
| City, State, Zip Code | | SSN | | Local ID # | State # | FBI # | | Cell Phone | 0 |
| **O** | Last, First, Middle (Firm if Business) | Race | Sex | Age | HT | WT | Hair | Eyes | Home Phone (479) |
| Address | | DOB | | DL Number | | | | State **AR** | Work Phone (479) |
| City, State, Zip Code | | SSN | | Local ID # | State # | FBI # | | Cell Phone | 0 |
| **O** | Last, First, Middle (Firm if Business) | Race | Sex | Age | HT | WT | Hair | Eyes | Home Phone (479) |
| Address | | DOB | | DL Number | | | | State **AR** | Work Phone (479) |
| City, State, Zip Code | | SSN | | Local ID # | State # | FBI # | | Cell Phone | 0 |

| Officer ID | **BENTLEY, DARRIN** | **DB0818** | Reviewed By **Trevor Hammons** | Approved **YES** | Date **12/27/2025** |
|---|---|---|---|---|---|

Printed By/On: DD0416 / 01/05/2026 13:09:18
CrimeStar® Law Enforcement Records Management System
Licensed to: TONTITOWN AR POLICE DEPARTMENT



# TONTITOWN
# POLICE DEPARTMENT

**Page** 3

**Incident Cont'd**

**Names**

**Incident #** 25-000497

| Crime / Incident (Primary) | Attempt | Type | | Seq |
|---|---|---|---|---|
| 5-54-102 OBSTRUCTING GOVERNMENT OPERATIONS | ☐ | Criminal Report | | 1 |

Dispo    "V" = Victim    "RP" = Reporting Party    "W" = Witness    "S" = Suspect    "O" = Other

| Dispo | Last, First, Middle (Firm if Business) | Race | Sex | Age | HT | WT | Hair | Eyes | Home Phone |
|---|---|---|---|---|---|---|---|---|---|
| O | | | | | | | | | (479) |
| Address | | DOB | | DL Number | | | State AR | Work Phone (479) | |
| City, State, Zip Code | | SSN | | Local ID # | State # | FBI # | | Cell Phone 0 | |
| O | | | | | | | | | (479) |
| Address | | DOB | | DL Number | | | State AR | Work Phone (479) | |
| City, State, Zip Code | | SSN | | Local ID # | State # | FBI # | | Cell Phone 0 | |
| O | | | | | | | | | (479) |
| Address | | DOB | | DL Number | | | State AR | Work Phone (479) | |
| City, State, Zip Code | | SSN | | Local ID # | State # | FBI # | | Cell Phone 0 | |
| | | | | | | | | | Home Phone |
| Address | | DOB | | DL Number | | | State | Work Phone | |
| City, State, Zip Code | | SSN | | Local ID # | State # | FBI # | | Cell Phone | |
| | | | | | | | | | Home Phone |
| Address | | DOB | | DL Number | | | State | Work Phone | |
| City, State, Zip Code | | SSN | | Local ID # | State # | FBI # | | Cell Phone | |
| | | | | | | | | | Home Phone |
| Address | | DOB | | DL Number | | | State | Work Phone | |
| City, State, Zip Code | | SSN | | Local ID # | State # | FBI # | | Cell Phone | |
| | | | | | | | | | Home Phone |
| Address | | DOB | | DL Number | | | State | Work Phone | |
| City, State, Zip Code | | SSN | | Local ID # | State # | FBI # | | Cell Phone | |

| Officer ID | | Reviewed By | Approved | Date |
|---|---|---|---|---|
| BENTLEY, DARRIN | DB0818 | Trevor Hammons | YES | 12/27/2025 |

# TONTITOWN
# POLICE DEPARTMENT

Page **4**

**Property**

# Incident Cont'd

Incident # **25-000497**

| Crime / Incident (Primary) | | Attempt | Type | | Seq |
|---|---|---|---|---|---|
| **5-54-102 OBSTRUCTING GOVERNMENT OPERATIONS** | | ☐ | **Criminal Report** | | **1** |

| Item # | Tag # | Article | Brand | Model | Serial No. (or Drug Type) | OAN | UCR |
|---|---|---|---|---|---|---|---|
| **P1** | | **DOOR** | | | | | **K** |

| Description | | | Stolen | Value | **0** | ☐ Evidence | Value | **0** |
|---|---|---|---|---|---|---|---|---|
| **SCREEN DOOR** | | | Recovered | Value | **0** | ☐ Safekeeping | Value | **0** |
| Location Seized | | | | | | ☒ Damaged | Value | **20** |
| Owner | | | Owner Address **AR 72770** | | | | | |

| Item # | Tag # | Article | Brand | Model | Serial No. (or Drug Type) | OAN | UCR |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Description | | | ☐ Stolen | Value | ☐ Evidence | Value |
|---|---|---|---|---|---|---|
| | | | ☐ Recovered | Value | ☐ Safekeeping | Value |
| Location Seized | | | | | ☐ Damaged | Value |
| Owner | | | Owner Address | | | |

| Item # | Tag # | Article | Brand | Model | Serial No. (or Drug Type) | OAN | UCR |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Description | | | ☐ Stolen | Value | ☐ Evidence | Value |
|---|---|---|---|---|---|---|
| | | | ☐ Recovered | Value | ☐ Safekeeping | Value |
| Location Seized | | | | | ☐ Damaged | Value |
| Owner | | | Owner Address | | | |

| Item # | Tag # | Article | Brand | Model | Serial No. (or Drug Type) | OAN | UCR |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Description | | | ☐ Stolen | Value | ☐ Evidence | Value |
|---|---|---|---|---|---|---|
| | | | ☐ Recovered | Value | ☐ Safekeeping | Value |
| Location Seized | | | | | ☐ Damaged | Value |
| Owner | | | Owner Address | | | |

| Item # | Tag # | Article | Brand | Model | Serial No. (or Drug Type) | OAN | UCR |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Description | | | ☐ Stolen | Value | ☐ Evidence | Value |
|---|---|---|---|---|---|---|
| | | | ☐ Recovered | Value | ☐ Safekeeping | Value |
| Location Seized | | | | | ☐ Damaged | Value |
| Owner | | | Owner Address | | | |

| Item # | Tag # | Article | Brand | Model | Serial No. (or Drug Type) | OAN | UCR |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Description | | | ☐ Stolen | Value | ☐ Evidence | Value |
|---|---|---|---|---|---|---|
| | | | ☐ Recovered | Value | ☐ Safekeeping | Value |
| Location Seized | | | | | ☐ Damaged | Value |
| Owner | | | Owner Address | | | |

| Officer ID : | **BENTLEY, DARRIN** | **DB0...** | Reviewed By : **Trevor Hammons** | Approved : **YES** | Date : **12/27/2025** |
|---|---|---|---|---|---|



## TONTITOWN
## POLICE DEPARTMENT

| | |
|---|---|
| Page | **5** |
| **Narrative** | |

**Incident** Cont'd

Incident # **25-000497**

| Crime / Incident (Primary) | Attempt | Type | | Seq |
|---|---|---|---|---|
| **5-54-102 OBSTRUCTING GOVERNMENT OPERATIONS** | ☐ | *Criminal Report* | | **1** |

On December 12, 2025, at approximately 2154 hours, Officers received a call of a group of kids banging on residents' doors and ringing their doorbells in the area of Lazzari and Penzo. While en route there, dispatch advised they received another call via 911 in reference to the kids, and the second caller stated they broke her screen door.

Upon my arrival in the area, I located a group of 9 kids                 on Ranalli. At this time, it was after 10 at night, and the temperature was below 30 degrees. Several of the kids were in shorts and short sleeves. Officer Ibarra and I made contact with all the kids. They admitted to knocking on doors and stated they were all staying at a friend's house for     birthday. Officer Ibarra began speaking with the two kids who admitted to breaking the door. I asked the rest of the kids to take me to the house they are staying at.

We walked to 156 Ranalli. I knocked on the door, and a very confused looking older gentleman answered. As I was explaining what was going on, Stephanie Mctee stepped in front of the male. I began attempting to explain to her what happened and explain that I needed to speak with the kids' parents. Stephanie stated, "They were just playing, they are good, they won't do it again". I asked Stephanie which kid was hers, and she stated, "They are all ours". I explained to her that I needed their parents' names and phone numbers. She again stated, "They are good". Stephanie stated they would call their parents. She then put herself between the kids and me and began making them go inside. At this point, I could smell a strong order of intoxicants coming from her person. Stephanie then began to close the door on me. As it was closing, I stated she was missing two. I said this due to Officer Ibarra speaking with two other kids. She opened the door back up and asked where they were. I explained they were with another officer due to someone's property getting damaged. At this point, Stephanie was in such a hurry to get inside and close the door, she did not have track of all the kids staying at her home, including her own child who was with Office Ibarra.

While Officer Ibarra was speaking with the kids, gathering information on what occurred, and getting parents' contact information, Jaron McTee exited the house and began pulling the kids back inside. Sgt. Hammons stepped in front of Jaron and stated That's not how this works. It appeared that Jaron put his arms up and pushed Sgt. Hammons. Officer Ibarra and I grabbed Jaron and placed his hands behind his back. I could also smell the odor of intoxicants coming from Jaron's person. While Officers were attempting to place Jaron in handcuffs, he grabbed ahold of his truck tailgate and would not place his hands behind his back. Jaron was eventually placed in handcuffs due to his behavior. I began trying to explain to Jaron what was going on, and Stephanie began yelling profanities. While Jaron and Sephanie were both screaming, I could hear the two     crying. Stephanie was also placed in handcuffs by Sgt. Hammons.

After a prolonged amount of time and getting both Jaron and Stephanie to calm down, we were able to explain to them what was going on. Jaron stated, "Sir, this is the first I'm hearing of it". While speaking to Jaron he did admit to having consumed alcohol. I explained to Jaron that all of this could have been avoided if they had let Officers gather what information we needed. Both Jaron and Stephanie were taken out of handcuffs and began assisting Officers with gathering parents' information.

While gathering information a parent of a child arrived on scene. Stephanie then began to scream and say profanities in front of two children and the parent. Officers again had to calm her down and inform her she could be placed back in handcuffs.

| Officer ID | **BENTLEY, DARRIN** | **DB081** | Reviewed By **Trevor Hammons** | Approved **YES** | Date **12/27/2025** |
|---|---|---|---|---|---|

| TONTITOWN | Page | **6** | | **Incident** Cont'd |
|---|---|---|---|---|

**POLICE DEPARTMENT**

**Narrative**

Incident # **25-000497**

| Crime / Incident (Primary) | Attempt | Type | | Seq |
|---|---|---|---|---|
| **5-54-102  OBSTRUCTING GOVERNMENT OPERATIONS** | ☐ | *Criminal Report* | | **1** |

*Stephanie did sustain a scratch on her leg while being placed in handcuffs. I asked if she needed any medical attention, she denied.*

*I was able to make contact with all the kids' parents and explained to them what occurred. Most of the parents stated they were on their way to pick their kids up and were grateful for the phone call.*

*It should be noted that Officers have responded to the McTee residence several times in the past year. They have been involved in several domestic situations, are usually intoxicated, and are never cooperative with Officers. At the time of Officers arriving tonight, Jaron and Stephine were both intoxicated again and did not have track of where 9 kids staying at their home were.*

*See other Officers' supplements for further information.*

*Nothing further,*

*D. Bentley 517*

| Officer ID | **BENTLEY, DARRIN** | **DB081** | Reviewed By *Trevor Hammons* | Approved **YES** | Date **12/27/2025** |
|---|---|---|---|---|---|



# TONTITOWN
# POLICE DEPARTMENT
235 EAST HENRI DE TONTI BLVD
TONTITOWN, AR  72770

# Supplement

Page    1

| Incident # | |
|---|---|
| | **25-000497** |

| Title **Supplemental** | | | |
|---|---|---|---|
| Reported **12/12/2025** | | **22:22** | **Friday** |

*On December 12, 2025, at approximately 2153 hours, Tontitown Officers were dispatched to the area of Ranalli Avenue and Lazzari Street regarding a criminal mischief complaint. Dispatch advised that multiple juveniles dressed in black were ringing doorbells and fleeing the scene ("ding-dong ditching"). A second caller reported via 911 that the juveniles had damaged her property and expressed concern that they were targeting multiple residences.*

*Upon my arrival, Officers Bentley and Ibarra located a group of juveniles in the area. Officer Bentley proceeded toward 156 Ranalli Avenue, when I overheard the juveniles state they did not reside there but were staying overnight for a birthday party. It was noted that the time was after 2200 hours, the temperature was approximately 30°F, and the juveniles were inadequately dressed for the weather with no apparent parental supervision.*

*Officer Bentley knocked on the door of 156 Ranalli Avenue, a location with prior domestic violence call history involving intoxicated parties. An adult male answered the door, followed by Stephanie McTee. Officer Bentley attempted to explain the situation; however, Stephanie was dismissive, stating the juveniles were "just playing" and began ushering them inside. When asked which juveniles were hers, Stephanie replied, "They're all ours," and refused to cooperate in providing parental information or listen to what the reasoning was for the call. Stephanie was advised that failure to cooperate could result in DHS involvement; she stated she did not care.*

*Once the kids were brought inside the house, Stephanie waved and closed the door when Officer Bentley stated, "You're missing two kids". The door completely shut, then she reopened the door, asking why we didn't bring them. Officer Bentley started to explain once again why this was happening and told her the kids were with the other Officer. Stephanie turned around and said she would be back when she started walking towards the other two kids.*

*Officer Bentley and I advised Officer Ibarra to keep them outside so we could get parents information and would possibly give us a contact to start with getting other children's parents information.*

*Stephanie attempted to retrieve the kids, continuing to interfere with officers' attempts to gather information. While Officer Ibarra was speaking with the juveniles, Stephanie instructed them not to provide information. At this time, Jaran McTee exited the residence and said, "kid's kids inside now", grabbing one by     hoodie pushing juveniles toward the house, pushing them in between him and I. I intervened and placed my hand on Jaran's chest to stop him; Jaran responded by pushing back with his left arm. Officer Bentley and Ibarra restrained Jaran and placed him in handcuffs.*

*While I was attempting to calm the juveniles, Stephanie returned, continuing  being belligerent, yelling and exhibiting signs of intoxication. It is to be noted I detected an odor of intoxicants emitting from her person. After repeated interference and refusal to comply with the investigation, I advised Stephanie she was being detained for obstructing governmental operations, while she was yelling in my face and throwing her hands up.  Stephanie resisted verbal commands, requiring a controlled leg sweep, placing her onto the ground, to gain compliance. She was placed in handcuffs without further incident, sustaining a minor scrape to her knee.*

*While attempting to get Stephanie and Jaran to calm down, a parent of one of the kids arrived on scene. I spoke with her, advising her about the situation. The parent was extremely shocked and was*

| Officer ID | | Agency | Reviewed By | | Date |
|---|---|---|---|---|---|
| **Trevor Hammons** | **T.HAMM** | **TPD** | **BELEW, JUSTIN** | | **12/20/2025** |

Printed By/On  DD0416 / 01/05/2025 13:08:22
CrimeStar® Law Enforcement Records Management System
Licensed to  TONTITOWN AR POLICE DEPARTMENT





# TONTITOWN
# POLICE DEPARTMENT
235 EAST HENRI DE TONTI BLVD
TONTITOWN, AR 72770

# Supplement

Page    **2**

| Incident # | |
|---|---|
| | **25-000497** |

| Title **Supplemental** | | | |
|---|---|---|---|
| | Reported **12/12/2025** | **22:22** | **Friday** |

*ready to get her child. I asked if she could help us gather the information needed. She agreed to do so.*

*Officer Bentley later walked Stephanie back to the house, allowing her to get phones to get the parents' numbers as requested. Officer Bentley asked Stephanie if he took the handcuffs off if she would stay calm and she agreed. During this time, Stephanie was cursing in front of the parent and the two children on the front porch. Stephanie became argumentative and cursing again, when I asked if she wanted to go back into handcuffs again.*

*While waiting on the porch, then two children on the poor were very worked up and worried about going to "Juvi". I explained to them they did not need to worry about that, and they are not in trouble at this point. I advised I was sorry they had to see what went down, when one replied, it's fine I see it all the time.*

*I later saw a lady and her .            on the sidewalk, when the kids wanted to apologize to them. I walked over and spoke with them, when I asked if they were the ones who called. Monica was one of the callers. She explained how the kids were banging on their window. Monica explained they had hit several houses. I asked what had happened at their house and they stated they were banging on the window, damaging their screen, when the kids went around their fence and were whispering about what had happened. I advised them the kids were very apologetic and that an officer would come to speak with them as soon as we were done.*

*Both Stephanie and Jaran were later released after calming down and cooperating. Due to the presence of nine juveniles, incomplete parental information, and an unidentified adult male inside the residence, officers determined that arrest was not appropriate at that time.*

*Stephanie McTee and Jaran McTee were detained and later released. Juvenile information was documented, and parents were notified. No arrests were made. See Officer Bentley's report for additional details.*

*This is an active investigation gathering the childrens names from the parents and will be submitted to the prosecutor for review, for the charges of obstructing governmental operations and endangering the welfare of a minor 2nd.*

| Officer ID | | Agency | Reviewed By | Date |
|---|---|---|---|---|
| **Trevor Hammons** | **T.HAMM** | **TPD** | **BELEW, JUSTIN** | **12/20/2025** |

Printed By/On DD0416 / 01/05/2026 13 08 22
CrimeStar© Law Enforcement Records Management System
Licensed to TONTITOWN AR POLICE DEPARTMENT





**TONTITOWN**
**POLICE DEPARTMENT**
235 EAST HENRI DE TONTI BLVD
TONTITOWN, AR 72770

# Supplement

Page **1**

| Incident # | **25-000497** |
|---|---|

Title **supp**

| | Reported **12/14/2025** | **04:43** | **Sunday** |
|---|---|---|---|

Officer Ibarra #519

supplement report

Narrative:

On 12/12/2025 at approximately 9:53 PM, officers were dispatched to the area of Lazzari St. in reference to a suspicious activity. The caller told the Central Dispatch Center that a group of children was running around in the area, banging on doors and screaming. While en route to the call, a second caller, identified as Monica Sanford at               , advised that one of the children had damaged the screen to their window.

When I arrived in the area, Officer Bentley #517 located the group of juveniles walking. Ofc. Bentley was speaking to the juveniles about why they were out late, and they advised that they were at a party. I asked the group who was the one that touched the window at the house down the street. None of the children said anything. I advised that we would figure out who broke the window and was the one who did it, or we would collect everyone's information and contact everyone's parents about it, and everyone would get in trouble for the same thing.

Two kids admitted it was them who messed with the window,                    While collecting their information and parents' phone numbers, the two         were very remorseful and regretful for their actions. Both were worried about going to juvy about the situation. Based on my previous experiences in dealing with Juveniles and minor delinquent behavior, police interception and parental correction are often the better methods for correcting their future behavior, rather than juvenile court.

I advised the two juveniles that I still need to speak with the caller in order to determine damage and if they wanted a report. I walked the two back to the house, and Sergeant Hammons and Ofc. Bentley advised to keep the juveniles and confirm their information. As I was trying to confirm their information, Stephanie interjected and asked what had happened. I explained to Stephaine what had occurred, and she then wanted to speak to the juveniles without officers present.

At this moment, I had still not identified the names of either of the Juveniles' parents and needed that to continue my investigation. Jarron then intervened and said, '          inside". Jarron put himself between the officers and the children and grabbed the children. At this point, Jarron was obstructing our investigation by interjecting himself and trying to take the juveniles away from officers. Sergeant Hammons tried to prevent Jarron from taking the children, and I observed Jarron push at Sgt. Hammons, I grabbed Jarron's right arm and pulled him back away. I tried to place Jarron's arm behind his back, and he resisted by tensing his arm and refusing to put it behind his back. Stephanie grabbed Jarron and kept yelling at officers to let Jarron go. Jarron, at one point, grabbed the bed of his truck to resist putting his arms behind his back. Jarron continued to yell at the Juveniles to go inside. Ofc. Bentley and I placed handcuffs on Jarron's wrist, and I escorted Jarron to the front of a police unit. Jarron denied placing his hands on officers and said I was "projecting." I advised Jarron that I observed him do it.

Jarron would continue to yell at officers. I decided to escort Jarron to my patrol unit and place him in the back seat to calm him down. Once calm, Jarron was willing to help officers collect information for

| Officer ID | | Agency | Reviewed By | | Date |
|---|---|---|---|---|---|
| **IBARRA, DIEGO** | **DI0528** | **TPD** | **Trevor Hammons** | | **12/27/2025** |



## TONTITOWN
## POLICE DEPARTMENT
235 EAST HENRI DE TONTI BLVD
TONTITOWN, AR 72770

# Supplement
Page    **2**

| Incident # | **25-000497** |
|---|---|

| Title **supp** | | | |
|---|---|---|---|
| | Reported **12/14/2025** | **04:43** | **Sunday** |

the other juveniles at the party. Ofc. Bentley advised releasing Jarron from handcuffs. Ofc. Bentley then escorted Jarron and Stephanie to the front of the house.

I went to speak with the second caller, Monica Sanford, at her address. I made contact with Monica at the house. Monica stated the juveniles knocked on the window of her
Monica and her husband advised that the window screen was damaged. On the top part of the metal frame of the window screen, I observed it being bent. Both Monica and her husband advised that it was not previously like that. I documented the damage with photos.

This ends my involvement in this incident.

| Officer ID | | Agency | Reviewed By | Date |
|---|---|---|---|---|
| **IBARRA, DIEGO** | **DI0528** | **TPD** | **Trevor Hammons** | **12/27/2025** |

Printed By/On DD0416 / 01/05/2026 13 08 24
CrimeStar® Law Enforcement Records Management System
Licensed to TONTITOWN AR POLICE DEPARTMENT

