## Washington County Sheriff's Office
## 1155 West Clydesdale Drive Fayetteville , AR 72701

| EATCHISON | CFS Report CFS # - 2025-070756 | 08 |
|---|---|---|

### Base Information

**Call When** 12/12/2025 21:52:33 **Create When** 12/12/2025 21:53:53 **Close When** 12/12/2025 22:35:40 **Disposition** D4 REPORT TAKEN

| **Priority** LOW | | **Alarm** 1 | **Disciplines** L | **Assigned Disciplines** L | | **Assigned Disciplines NP** L |
|---|---|---|---|---|---|---|
| **CallType** CRIMINAL MISCHIEF | **EDL** | | **FDL** | **LDL** | **Primary Unit** T17 | |

### Location of Occurrence

| **Address** | LAZZARI ST / PENZO AVE \| 0 LAZZARI ST INT, SPRINGDALE | **Zip** | **County** | |
|---|---|---|---|---|
| **Landmark** | | **ESN** | **Map Grid** | |

| **EMS/Rescue** | **Fire** | **Law** | |
|---|---|---|---|
| **Area** | **District** | **EMS Tract** | **Fire Tract** |
| **Grid** | **Law Tract** | **Report Tract** | **Work Area** |

**Cross Street High**  PENZO AVE               **Cross Street Low**  PENZO AVE
**From-To Directions**

### Caller

| **Address** | 0 LAZZARI ST INT, SPRINGDALE | **Landmark** | |
|---|---|---|---|
| **Name** | THOMPSON,DEANNA | **Caller Phone** 7856917652 | **How Received** PHONE |

### Agency Defined

**Caller DOB**

### Dispositions

| Disposition | Assigned When | User | InActive | While Closed |
|---|---|---|---|---|
| D4 REPORT TAKEN | 12/12/2025 22:35:40 | MGRAY | ☐ | ☐ |

### Call Types

| Call Type | Assigned When | User | Assigned While Closed | InActive |
|---|---|---|---|---|
| CRIMINAL MISCHIEF | 12/12/2025 21:53:53 | EATCHISON | ☐ | ☐ |

### Unit Times

| Unit | Department | Unit Type | When | Status \| Notes | User |
|---|---|---|---|---|---|
| T17 (BENTLY, DARRIN) | TTPD | POLICE CRUISER | 12/12/2025 21:54:55 | EN ROUTE | ARICKER |
| T19 (IBARRA, DIEGO) | TTPD | POLICE OFFICER | 12/12/2025 21:56:04 | DISPATCHED | ARICKER |
| T19 (IBARRA, DIEGO) | TTPD | POLICE OFFICER | 12/12/2025 21:56:06 | EN ROUTE | ARICKER |
| T19 (IBARRA, DIEGO) | TTPD | POLICE OFFICER | 12/12/2025 21:57:20 | ON SCENE | ARICKER |
| T19 (IBARRA, DIEGO) | TTPD | POLICE | 12/12/2025 22:10:07 | RADIO CHECK | MGRAY |

| EATCHISON | | | CFS Report<br>CFS # - 2025-070756 | | | 08 |
|---|---|---|---|---|---|---|
| T19 (IBARRA, DIEGO) | TTPD | POLICE<br>OFFICER<br>POLICE<br>OFFICER | 12/12/2025 22:10:42 | S10 LOG ITEM\|VIA PHONE WE<br>WERE FIGHTING A GUY, ONE<br>DETAINED | PJONES | |
| T19 (IBARRA, DIEGO) | TTPD | POLICE<br>OFFICER | 12/12/2025 22:12:14 | S10 LOG ITEM\|ON COUNTY A<br>CALL MONICA AND TRANSFER<br>TO MY CELL | CJACOBSO<br>N | |
| T19 (IBARRA, DIEGO) | TTPD | POLICE<br>OFFICER | 12/12/2025 22:24:35 | RADIO CHECK | MGRAY | |
| T17 (BENTLY, DARRIN) | TTPD | POLICE<br>CRUISER | 12/12/2025 22:25:23 | RADIO CHECK | MGRAY | |
| T17 (BENTLY, DARRIN) | TTPD | POLICE<br>CRUISER | 12/12/2025 22:35:40 | CLEAR | MGRAY | |
| T19 (IBARRA, DIEGO) | TTPD | POLICE<br>OFFICER | 12/12/2025 22:35:40 | CLEAR | MGRAY | |

## Incident Locations

**Address:** LAZZARI ST / PENZO AVE                    **User:** EATCHISON

**When:** 12/12/2025 21:53:53   **Latitude:** 36.1723310214257   **Longitude:** -94.2347733380759   **Source:** Intersection   **InActive:** ☐

## Caller Phones

| Caller Phone | When | User | Caller Phone | When | User |
|---|---|---|---|---|---|
| 7856917652 | 12/12/2025 21:53:53 | EATCHISON | | | |

## Caller Names

| Caller Name | When | User | Caller Name | When | User |
|---|---|---|---|---|---|
| THOMPSON,DEANNA | 12/12/2025 21:53:53 | EATCHISON | | | |

## Comment                    12/12/2025 21:53:53   12/12/2025 21:53:53

CALLER SAYS THERES A GROUP OF KIDS GOING AROUND BANGING ON PEOPLES DOORS AND SCREAMING

## Notes

**EATCHISON 12/12/2025 21:53:53  E,F,L,R,O**

SUBJS ARE ALSO RINGING PEOPLES DOORBELLS AND RUNNING AWAY

**EATCHISON 12/12/2025 21:54:04  E,F,L,R,O**

10 KIDS

**EATCHISON 12/12/2025 21:54:28  E,F,L,R,O**

ALL DRESSED IN BLACK

**EATCHISON 12/12/2025 21:54:54  E,F,L,R,O**

SUBJS DO NOT SEEM TO BE IN DISTRESS OR NEEDING HELP

**EATCHISON 12/12/2025 21:55:07  E,F,L,R,O**

SUBJS ARE LAUGHING AND SCREAMING AFTER RUNNING AWAY

**CJACOBSON 12/12/2025 21:55:36  E,F,L,R,O**

2ND caller in relation to the kids ding dong ditching, advising that there is a unk subject knocking on her sons window at 389 lazarri

**CJACOBSON 12/12/2025 21:56:10  E,F,L,R,O**

2nd caller is sanford,monica. advised that she is unable to see how many may be doing this or what they are wearing

**CJACOBSON 12/12/2025 21:56:29  E,F,L,R,O**

monicas son states that the subjects doing this damaged the screen

**CJACOBSON 12/12/2025 21:56:54  E,F,L,R,O**

unk c1, unk c2 for the subjects

**CJACOBSON 12/12/2025 21:57:32  E,F,L,R,O**

| | CFS Report | |
|---|---|---|
| EATCHISON | CFS # - 2025-070756 | 08 |

monica advised that she can see someone driving around with lights, and that there were subjects walking around with flash lights

**CJACOBSON 12/12/2025 21:57:58  E,F,L,R,O**

2nd callers 88 4793898844, dob is 19791015

**CJACOBSON 12/12/2025 21:58:38  E,F,L,R,O**

monica advised that she does not need ofcrs to come speak with her unless they feel they need to. advised that the subjects doing this were possibly destroying property at several other houses in the neighborhood

**CJACOBSON 12/12/2025 22:14:50  E,F,L,R,O**

CONTACTED MONICA PER T19, SHE ADVISED SHE WAS BY THEIR VEHICLES AND THEN SAW AN OFCR AND DISCONNECTED