AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT

for the
Western district of ARKANSAS. (FAYETTEVILLE)

US DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FILED

STEPHANIE McTEE, JARON McTEE,
J.M (minor) *Plaintiff/Petitioner*

v.

Dfc. Bortly, Ibarra, Hammans, Jenison
City of Tontitown *Defendant/Respondent*

)
)
)
)
)
)

Civil Action No.
5:2U-CV-05007

JAN 09 2026

Ronald E. Dowling
By_____
Deputy Clerk

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

NORTHWEST ARKANSAS PEDIATRICS
3380 N. FUTRALL DR., STE 1
FAYETTEVILLE, AR 72703

My gross pay or wages are: $ 2,600 , and my take-home pay or wages are: $ 1,950 per

(*specify pay period*) MONTH . FULL-TIME @ $16.25/hr.

3. *Other Income.* In the past 12 months, I have received income from the following sources (*check all that apply*):

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☒ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☒ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☒ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☒ No |
| (e) Gifts, or inheritances | ☐ Yes | ☒ No |
| (f) Any other sources | ☒ Yes | ☐ No |

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

50% of childcare and medical expenses for A.S. (5yo, M) son

HUSBAND LOST JOB ON OCTOBER 7, 2025

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ _____202.74_____ .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

2015 CHEVORLET SILVERADO   $11,000

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

MORTGAGE   $1,400          CAR PAYMENT/INSURANCE   460
UTILITIES    600           HEALTH INSURANCE         800
FOOD         600           CHILD SUPPORT            600
CHILDCARE  1,200           CONSUMER DEBT          1,000    ~$6,660/mo.
                           CC, LOANS, MEDICAL, STUDENT LOANS

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

A.S. (1yo, F) - 100%    - DAUGHTER
A.S. (5yo, M) - 50%+    - SON
J.M. (11yo, M) - 50%+   - STEP-SON
JARON MCTEE (39yo, M)   - HUSBAND

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

CREDIT CARDS           ~$10,000
2020 NISSAN ALTIMA   ~ 8,000
HOUSE/RESIDENCE        ~300,000

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 12/18/2025

_____
Applicant's signature

STEPHANIE MCTEE
_____
Printed name

Print     Save As...     Add Attachment          Reset