US DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FILED

JAN 1 4 2026

Ronald E. Dowling
By_____
Deputy Clerk

## UNITED STATES DISTRICT COURT WESTERN DISTRICT OF ARKANSAS
### FAYETTEVILLE DIVISION

**JARON MCTEE and STEPHANIE MCTEE, Plaintiffs,**

**v.**

**SGT. TREVOR HAMMONS, Individually; OFFICER DIEGO IBARRA, Individually; OFFICER DARRIN BENTLEY, Individually; CHIEF COREY JENISON, Individually; CITY OF TONTITOWN, ARKANSAS; Defendants.**

### CASE NO. 5:26-CV-05007

## MOTION FOR LEAVE TO FILE FIRST AMENDED AND SUPPLEMENTAL COMPLAINT

**COME NOW** the Plaintiffs, Jaron and Stephanie McTee, appearing *pro se*, and move this Court for leave to file the attached First Amended and Supplemental Complaint pursuant to **Fed. R. Civ. P. 15(a)(2) and 15(d)**. In support, Plaintiffs state:

1. On January 12, 2026—only 72 hours after the filing of the original Complaint—Plaintiffs were served with criminal citations (Disorderly Conduct and Obstructing Governmental Operations) by the Tontitown Police Department (Exhibit 3).

2. Plaintiffs seek to supplement the complaint with evidence from FOIA denials (Exhibits 1 & 2) that show a month-long pattern of bad-faith pretext used to withhold exonerating evidence.

3. This amendment adds a count for **First Amendment Retaliation** and clarifies the custodial and reputational damages sustained (Exhibit 4).

4. Defendants have not yet been served. This amendment ensures the Court has the most current factual record before the screening process is finalized.

**WHEREFORE**, Plaintiffs pray the Court grant this Motion.

_____
Jaron McTee

_____
Stephanie McTee

156 Ranalli Ave. Tontitown, AR 72762
+1 (479) 426-9449
FlipgrassLLC@gmail.com

1

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JARON MCTEE and STEPHANIE MCTEE, Plaintiffs,

v.

SGT. TREVOR HAMMONS, Individually; OFFICER DIEGO IBARRA, Individually;
OFFICER DARRIN BENTLEY, Individually; CHIEF COREY JENISON, Individually;
CITY OF TONTITOWN, ARKANSAS; Defendants.

CASE NO. 5:26-CV-05007
FIRST AMENDED AND SUPPLEMENTAL COMPLAINT

### III. SUPPLEMENTAL FACTUAL ALLEGATIONS

1. On January 9, 2026, the same day Plaintiffs filed this federal action, an internal email thread was initiated between Officer Bentley, Sergeant Hammons, and Prosecutor Owens.
2. This correspondence proves that the Defendants moved to finalize and serve citations only *after* becoming aware of the federal litigation, contradicting their claims that the investigation had been "pending" for a month.
3. The internal thread confirms that while "Child Endangerment" was used to block FOIA requests for 31 days, the Defendants and Prosecutor ultimately finalized lesser charges of Disorderly Conduct and Obstruction. This demonstrates that the more serious charge was used purely as a tool for intimidation and FOIA obstruction.
4. On December 12, 2025, Officer Bentley threatened: **"I will call DHS."** This was said within 30 seconds of seeing Stephanie McTee place children (J.M., A.S., and A.M.) inside the home. Additional distress for implications posed to existing co-parenting agreements with J.M and A.S.'s other parents.
5. Bentley repeated the threat after Stephanie McTee was cuffed, using the children's safety as a tool of emotional coercion.

### IV. COUNT: FIRST AMENDMENT RETALIATION

6. Plaintiffs reallege all paragraphs above.

7. The Jan 9, 2026, email thread provides the "but-for" causation required for a retaliation claim. It proves that the adverse action (served citations) was triggered by the protected activity (file lawsuit)

Jaron McTee

Stephanie McTee

156 Ranalli Ave. Tontitown, AR 72762
+1 (479) 426-9449
FlipgrassLLC@gmail.com

2

## INDEX OF EXHIBITS

| Exhibit | DATE | EVENT | LEGAL SIGNIFICANCE |
|---------|------|-------|--------------------|
| 1 | Dec 12, 2025 | Initial Incident- No arrests made. | Police determined that no immediate threat required an arrest at the scene |
| 2 | Dec 18, 2025 | Ofc. DeLille denies FOIA, claiming "pending charges" of Child Endangerment | Pretextual use of criminal law to withhold public records. FOIA submitted by Plaintiffs on 12/16/2025. |
| 3 | Jan 12, 2026 | Criminal charges were served to Stephanie and Jaron McTee | Citations served ~72 hours after lawsuit filed. Child Endangerment charge is abandoned |
| 4 | Jan 9, 2026 | Ofc. Bentley and Sgt. Hammons coordinates with Prosecutor Owens | Direct coordination on charges initiated immediately after the lawsuit filing. |

*Case No. 5:26-CV-05007 was filed on 1/9/2026 (due to FOIA request delays)

_____
Jaron McTee

_____
Stephanie McTee

156 Ranalli Ave. Tontitown, AR 72762
+1 (479) 426-9449
FlipgrassLLC@gmail.com

4

# EXHIBIT 1

# 4 PAGES

**Flip Grass** <flipgrassllc@gmail.com>                                   Tue, Dec 16, 2025 at 2:04 PM
To: Danielle DeLille <ddelille@tontitownar.gov>

Thank you for letting me know, I can bring a flash drive whenever you advise the videos are ready.

I do expect to still see and hear all non-minor content. Blurring or muting is understandable but please ensure the officers and adult audio is included (even if separate, audio-only files are needed).

On Tue, Dec 16, 2025 at 1:54 PM Danielle DeLille <ddelille@tontitownar.gov> wrote:

Hi,

Thank you for your response. I will follow up with the Washington County Sheriff's Office for the dispatch logs as you directed.

Regarding the video redactions, please be advised of the following:

1. Parental Waiver of Privacy Rights (Minors)

I am the legal guardian of one of the minors depicted in these videos (specifically one of the children found in my driveway):

I hereby waive any and all privacy protections regarding my own children for the purpose of this release to me.

• Do not redact the visual images of my child (Jessup McTee).

• Do not redact/mute the audio of my child (Jessup McTee).

Tthere is no "Federal Law" basis to withhold this information from the parent. If other children (neighbors) are present, you may blur their faces, but you must not mute the audio of the interaction, as the verbal and physical commands issued by your officers is the primary subject of this request.

2. Statutory Deadline

As al understand Arkansas FOIA requires records to be produced immediately or within three (3) working days from the request (12/15 @ 9:20am). If the redaction process for the other minors prevents this, please provide the specific date and time the records will be ready, as required by statute.

"A bit" is not a sufficient designation under the law.

3. Delivery

I have a flash drive ready. Please confirm the specific date and time I should arrive at the station to collect the unredacted regarding my son, Jessup (blonde haired boy with blue eyeglasses) footage.

Respectfully,

Stephanie McTee

[Quoted text hidden]

---

**Flip Grass** <flipgrassllc@gmail.com>                                   Tue, Dec 16, 2025 at 2:05 PM
To: Danielle DeLille <ddelille@tontitownar.gov>

[Quoted text hidden]

---

**Danielle DeLille** <ddelille@tontitownar.gov>                           Tue, Dec 16, 2025 at 2:07 PM
To: Flip Grass <flipgrassllc@gmail.com>

I don't have a way to select which voices I can and cannot mute unfortunately. I will do my best to make sure that as much of the audio is audible as much as possible, but with our software, there may times when

other audio is affected if the minors are speaking when an adult is speaking.

[Quoted text hidden]

---

**Flip Grass** <flipgrassllc@gmail.com>                                    Tue, Dec 16, 2025 at 2:08 PM
To: Danielle DeLille <ddelille@tontitownar.gov>

Understandable. Thanks for doing what you can.
Let me know when to expect the requested content. Thanks again!
SM
[Quoted text hidden]

---

**Danielle DeLille** <ddelille@tontitownar.gov>                             Tue, Dec 16, 2025 at 2:27 PM
To: Flip Grass <flipgrassllc@gmail.com>

Stephanie,

I apologize, this report is not approved and has not been reviewed by a supervisor, therefore this is considered an open investigation, and I am unable to release any information, including videos; until it is closed.  I apologize for the inconvenience.

[Quoted text hidden]

---

**Flip Grass** <flipgrassllc@gmail.com>                                    Tue, Dec 16, 2025 at 2:38 PM
To: Danielle DeLille <ddelille@tontitownar.gov>

**Dear Danielle,**

I am in receipt of your denial based on the claim that the report "is not approved" and is an "open investigation." - I am not being contentious but I fail to understand a legal justification for the exception here?

As I understand the law,

**1. "Supervisor Approval" is Not a Legal Exemption.** Please be advised that *Ark. Code Ann. § 25-19-105* lists the specific exemptions for withholding records. "Pending supervisor review" or "administrative approval" is **not** a listed exemption. The Arkansas Supreme Court has consistently ruled that internal administrative procedures cannot supersede the statutory requirement to provide records within three (3) business days. The fact that your department has not yet administratively "approved" a document does not alter its status as a public record once created.

**2. Invalid Use of "Open Investigation" Exemption (*Ark. Code Ann. § 25-19-105(b)(6)*)** You cited the "open investigation" exemption. This exemption applies to **"undisclosed investigations of suspected criminal activity"**:

- **No Criminal Activity:** This incident involved a "ding dong ditch" call where **no arrests were made and no charges were filed**. A closed call for service with no pending criminal charges does not qualify as an "ongoing criminal investigation" merely because you have not closed your file administratively.

- **Not Undisclosed:** The exemption is designed to protect *secret* investigations. Since I was the subject of the detention and tackled and am requesting records of my own interaction, the investigation is not "undisclosed" to me.

- **Routine Records:** The Arkansas Supreme Court has ruled that routine incident reports containing time, date, location, and officer details are **not** "sufficiently investigative" to be withheld, even in open cases.

**3. Use of Force Reports are Public** Additionally, any "Use of Force" narrative is a public record and cannot be withheld as a "personnel" or "evaluative" record (*Thomas v. Hall*, Ark. Supreme Court).

Conclusion I am creating a record that you are withholding these files in violation of the Arkansas FOIA. **I respectfully demand the release of the available records immediately (and corresponding redacted content, this week).**

If the "investigation" is truly open, please provide the **specific criminal statute** currently being investigated and the **Case Number** assigned to this active criminal matter.

Otherwise we will expect the content no later than close of business on **12/18/2025**.

Thank you kindly for understanding my concern and urgency.

Respectfully,

**Stephanie McTee**
[Quoted text hidden]

---

**Flip Grass** <flipgrassllc@gmail.com>                                      Thu, Dec 18, 2025 at 12:16 PM
To: Danielle DeLille <ddelille@tontitownar.gov>

Hello Officer DeLille,
Following up on this request- is there any update?

My husband or I will be by today to deliver the flash drive.

Thanks for any update you can provide.

Respectfully,
Stephanie McTee
[Quoted text hidden]

---

**Danielle DeLille** <ddelille@tontitownar.gov>                              Thu, Dec 18, 2025 at 3:20 PM
To: Flip Grass <flipgrassllc@gmail.com>

Mrs. Mctee,

Reference your FOIA request, this case is an open investigation pending charges of Endangering the welfare of a minor (Arkansas statute § 5-27-207) and Obstructing governmental operations (Arkansas Statute § 5-54-102). The charges have been sent to the Prosecutor for review. The fulfilment of the submitted FOIA request is pending the Prosecutors decision to move forward with charges or not. If the Prosecutor does not move forward with charges, I will have the requested footage available and ready to be uploaded onto your device. If the Prosecutor does decide to move forward with the previously mentioned charges, the release of information will be reviewed pertaining to the Arkansas Child Maltreatment Act. I will be in touch once we hear back from the Prosecutor. Thank you for your patience and understanding.

[Quoted text hidden]

---

**Flip Grass** <flipgrassllc@gmail.com>                                      Thu, Dec 18, 2025 at 5:42 PM
To: Stephanie McTee <smctee1217@gmail.com>

[Quoted text hidden]

# EXHIBIT 2

 Gmail

Flip Grass <flipgrassllc@gmail.com>

## Tontitown FOIA response
27 messages

**Danielle DeLille** <ddelille@tontitownar.gov>                    Mon, Jan 5, 2026 at 2:12 PM
To: Flip Grass <flipgrassllc@gmail.com>

I have attached a copy of the requested report.

Sincerely,



**Ofc. Danielle DeLille**

Tontitown Police Dept.

Warrants Officer

Phone 479-361-9168

Fax 479-231-3778

ddelille@tontitownar.gov

235 E. Henri De Tonti

P.O Box 305

Tontitown, AR 72770

📎 **12122025_Incident.pdf**
2180K

**Flip Grass** <flipgrassllc@gmail.com>                                      Mon, Jan 5, 2026 at 2:38 PM
To: Danielle DeLille <ddelille@tontitownar.gov>

I believe I also requested body cam footage from all three officers involved. I would appreciate receiving it as soon as possible.
[Quoted text hidden]

**Danielle DeLille** <ddelille@tontitownar.gov>                             Mon, Jan 5, 2026 at 2:39 PM
To: Flip Grass <flipgrassllc@gmail.com>

You did and I sent that in a separate email earlier today. It was via cloud share.

[Quoted text hidden]

**Flip Grass** <flipgrassllc@gmail.com>                                      Mon, Jan 5, 2026 at 2:43 PM
To: Danielle DeLille <ddelille@tontitownar.gov>

A random video of some lobby was Attached to the file and random papers not the body cam footage from the 3 officers
[Quoted text hidden]

**2 attachments**

**IMG_0534.png**
596K

**IMG_0535.png**
281K

**Danielle DeLille** <ddelille@tontitownar.gov>
To: Flip Grass <flipgrassllc@gmail.com>

Mon, Jan 5, 2026 at 2:44 PM

That's very odd.  Let me try again.  I apologize.

[Quoted text hidden]

**Flip Grass** <flipgrassllc@gmail.com>
To: Danielle DeLille <ddelille@tontitownar.gov>

Mon, Jan 5, 2026 at 2:46 PM

I appreciate you trying again, thank you! I can also drop off a flash drive if that is easier for you
[Quoted text hidden]

**Danielle DeLille** <ddelille@tontitownar.gov>
To: Flip Grass <flipgrassllc@gmail.com>

Mon, Jan 5, 2026 at 2:51 PM

You should be receiving a link here shortly. I am sending it over cloudshare.

[Quoted text hidden]

**Flip Grass** <flipgrassllc@gmail.com>
To: Danielle DeLille <ddelille@tontitownar.gov>

Mon, Jan 5, 2026 at 2:59 PM

I got it, thank you so much!
[Quoted text hidden]

**Flip Grass** <flipgrassllc@gmail.com>
To: Danielle DeLille <ddelille@tontitownar.gov>

Mon, Jan 5, 2026 at 8:55 PM

Hi,
A significant portion of Sgt Hammons' video footage (both dash and bodycam) is missing.
Roughly seven minutes of audio/video are missing, where he is visibly and actively at the scene:
  -Timestamp: *approximately 22:01-22:08 on 12/12/2025*

Please provide the additional bodycam and dashcam footage from Sgt Hammons' devices as soon as possible.

Thank you for your continued help here!
[Quoted text hidden]

**Danielle DeLille** <ddelille@tontitownar.gov>
To: Flip Grass <flipgrassllc@gmail.com>

Tue, Jan 6, 2026 at 8:14 AM

I have sent you everything I have.

[Quoted text hidden]

**Flip Grass <flipgrassllc@gmail.com>**                                                    Tue, Jan 6, 2026 at 8:32 AM
To: Danielle DeLille <ddelille@tontitownar.gov>

Good morning,
Thanks for the quick reply!
However, I am a bit confused... to accept this response, you're confirming Hammons (the supervisor at scene) didn't have bodycam or dashcam functioning?
Furthermore he then decided to use physical force (per his own report), and then both of his cameras remotely started recording 7 minutes later?

Just making sure I understand correctly. Thanks again!
[Quoted text hidden]



**image001.png**
37K

**Danielle DeLille <ddelille@tontitownar.gov>**                                            Tue, Jan 6, 2026 at 8:38 AM
To: Flip Grass <flipgrassllc@gmail.com>

I am confirming that I have sent you everything I have as far as body cam and dashcam footage from that evening.

[Quoted text hidden]

**Flip Grass <flipgrassllc@gmail.com>**                                                    Tue, Jan 6, 2026 at 8:52 AM
To: Danielle DeLille <ddelille@tontitownar.gov>

**EXHIBIT 3**                                                                                    **1 PAGE**

## Citation 1

Rev 100

### ARKANSAS UNIFORM LAW ENFORCEMENT CITATION

**TONTITOWN PD**

| ARKANSAS, COUNTY OF WASHINGTON | CITY TONTITOWN | TICKET NUMBER | 0A0A2898833 |
|---|---|---|---|

Being duly sworn, deposes and says that he/she has reasonable cause to believe that the person herein named did, within the previous 12 months, commit the offense set forth contrary to law in that: on or about

Location: **ELM SPRINGS COURT**

| Date: | 1/12/2026 | at approx time: | 01:25 PM | Mile No. | | Section No. | |
|---|---|---|---|---|---|---|---|

| First Name | Middle / Maiden | Last | Suffix |
|---|---|---|---|
| JARON | WADE | MCTEE | N/A |

Address: **156 RANALLI AVE**

| City | State | Zip Code |
|---|---|---|
| SPRINGDALE | AR | 72762 |

| Driver's License Number | State Issued | DL in Possession | CDL ☐ | Under 18 Present? |
|---|---|---|---|---|
| 925341520 | AR | YES | DL ☑ | YES ☐  NO ☑ |

| Sex | Race | DOB | Height | Weight | Eyes | Hair |
|---|---|---|---|---|---|---|
| M | W | 7/21/1986 | 6'0" | 185 | BRO | BRN |

| Vehicle License Number | State | Body Type | Commercial Vehicle | Haz Mat |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |

| Vehicle Description (year, make, model, color) | VIN of Vehicle |
|---|---|
| N/A | N/A |

| Owner's Address | Contact Number for Court Purposes |
|---|---|
| N/A | N/A |

| Seatbelt In Use | Crash Involved | Headlights On | 16+ Passenger CV | Vehicle Search |
|---|---|---|---|---|
| N/A | NO | N/A | NO  Passenger #: | No Search |

| Statute | Described | Points |
|---|---|---|
| 5-54-102 | OBSTRUCTING GOVERNMENTAL OPERATIONS | |
| 5-71-207 | DISORDERLY CONDUCT | |

| Speed Details | | MPH | Speed Limit | BAC | N/A |
|---|---|---|---|---|---|
| Conditions | Other Traffic Present | Area | | Highway Type | Type of Accident |

Arrest #

| Officer Name | TREYE COVINGTON | Officer ID | 511 |
|---|---|---|---|
| 2nd Officer Name | OFC DARRIN BENTLEY | 2ND Officer ID | 517 |

**Court Appearance Information**
WASHINGTON CO. D.C. ELM SPRINGS
289 JAYROE
SPRINGDALE, AR 72762

479-248-7323
Court Appearance Date and Time
**02/18/2026      02:00 PM**

Defendant must appear in court at said time and place or otherwise comply with the provisions of this complaint and instructions of the NOTICE part of this ticket.

**NO SIGNATURE REQUIRED**
Pursuant to §27-50-603

**Released on Own Recognizance**

*(side text: 0A0A2898833  JARON  MCTEE  Case:)*

## Citation 2

Rev 100

### ARKANSAS UNIFORM LAW ENFORCEMENT CITATION

**TONTITOWN PD**

| ARKANSAS, COUNTY OF WASHINGTON | CITY TONTITOWN | TICKET NUMBER | 0A0A2898834 |
|---|---|---|---|

Being duly sworn, deposes and says that he/she has reasonable cause to believe that the person herein named did, within the previous 12 months, commit the offense set forth contrary to law in that: on or about

Location: **ELM SPRINGS COURT**

| Date: | 1/12/2026 | at approx time: | 01:25 PM | Mile No. | | Section No. | |
|---|---|---|---|---|---|---|---|

| First Name | Middle / Maiden | Last | Suffix |
|---|---|---|---|
| STEPHANIE | FERNANDEZ | MCTEE | N/A |

Address: **504 S LAUREL AVE**

| City | State | Zip Code |
|---|---|---|
| BROKEN ARROW | OK | 740123200 |

| Driver's License Number | State Issued | DL in Possession | CDL ☐ | Under 18 Present? |
|---|---|---|---|---|
| A088138741 | OK | YES | DL ☑ | YES ☐  NO ☑ |

| Sex | Race | DOB | Height | Weight | Eyes | Hair |
|---|---|---|---|---|---|---|
| F | W | 10/28/2001 | 5'4" | 125 | BRO | N/A |

| Vehicle License Number | State | Body Type | Commercial Vehicle | Haz Mat |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |

| Vehicle Description (year, make, model, color) | VIN of Vehicle |
|---|---|
| N/A | N/A |

| Owner's Address | Contact Number for Court Purposes |
|---|---|
| N/A | N/A |

| Seatbelt In Use | Crash Involved | Headlights On | 16+ Passenger CV | Vehicle Search |
|---|---|---|---|---|
| N/A | NO | N/A | NO  Passenger #: | No Search |

| Statute | Described | Points |
|---|---|---|
| 5-54-102 | OBSTRUCTING GOVERNMENTAL OPERATIONS | |
| 5-71-207 | DISORDERLY CONDUCT | |

| Speed Details | | MPH | Speed Limit | BAC | N/A |
|---|---|---|---|---|---|
| Conditions | Other Traffic Present | Area | | Highway Type | Type of Accident |

Arrest #

| Officer Name | TREYE COVINGTON | Officer ID | 511 |
|---|---|---|---|
| 2nd Officer Name | OFC DARRIN BENTLEY | 2ND Officer ID | 517 |

**Court Appearance Information**
WASHINGTON CO. D.C. ELM SPRINGS
289 JAYROE
SPRINGDALE, AR 72762

479-248-7323
Court Appearance Date and Time
**02/18/2026      02:00 PM**

Defendant must appear in court at said time and place or otherwise comply with the provisions of this complaint and instructions of the NOTICE part of this ticket.

**NO SIGNATURE REQUIRED**
Pursuant to §27-50-603

**Released on Own Recognizance**

*(side text: 0A0A2898834  STEPHANIE  MCTEE  Case:)*

EXHIBIT 4                    3 PAGES

 Outlook

---

**Fw: 25-000497**

---

**From** Trevor Hammons <thammons@tontitownar.gov>
**Date** Tue 1/13/2026 11:47 AM
**To**    Leslee Shadrick <pdclerk@tontitownar.gov>

Get Outlook for iOS

---

**From:** Heather Owens <howens@arkansaslaw.com>
**Sent:** Friday, January 9, 2026 8:57:43 AM
**To:** Trevor Hammons <thammons@tontitownar.gov>
**Cc:** dbentley <dbentley@tontitownar.gov>
**Subject:** Re: 25-000497

They both need to be in jail, probably, but I'm fine with citations for Class C misdemeanors. If you don't want to go to their house, they are both scheduled to appear in district court on Monday.

Heather

---

**From:** Trevor Hammons <thammons@tontitownar.gov>
**Sent:** Thursday, January 8, 2026 5:58 PM
**To:** Heather Owens <howens@arkansaslaw.com>
**Cc:** dbentley <dbentley@tontitownar.gov>
**Subject:** Re: 25-000497

Do you just want citations issued or file for the warrant and take them to jail?

Get Outlook for iOS

---

**From:** Heather Owens <howens@arkansaslaw.com>
**Sent:** Thursday, January 8, 2026 12:59:04 PM
**To:** Trevor Hammons <thammons@tontitownar.gov>
**Subject:** Re: 25-000497

Write it for disorderly and obstruction. I was hoping to be able to tack on contributing, but I don't think we can make that either.

Heather

---

**From:** Trevor Hammons <thammons@tontitownar.gov>
**Sent:** Thursday, January 8, 2026 11:11 AM

**To:** Heather Owens <howens@arkansaslaw.com>; dbentley <dbentley@tontitownar.gov>
**Subject:** Re: 25-000497

How do you feel about obstruction?

Get Outlook for iOS

---

**From:** Trevor Hammons <thammons@tontitownar.gov>
**Sent:** Thursday, January 8, 2026 10:29:55 AM
**To:** Heather Owens <howens@arkansaslaw.com>; dbentley <dbentley@tontitownar.gov>
**Subject:** Re: 25-000497

No we do not. Maybe one day.

Get Outlook for iOS

---

**From:** Heather Owens <howens@arkansaslaw.com>
**Sent:** Thursday, January 8, 2026 10:17:17 AM
**To:** dbentley <dbentley@tontitownar.gov>
**Cc:** Trevor Hammons <thammons@tontitownar.gov>
**Subject:** Re: 25-000497

I really loathe these people, but I don't know that we can make endangering.

Does Tonti town have an ordinance regarding a juvenile curfew?

Heather

---

**From:** dbentley <dbentley@tontitownar.gov>
**Sent:** Thursday, January 1, 2026 4:19 AM
**To:** Heather Owens <howens@arkansaslaw.com>
**Cc:** Trevor Hammons <thammons@tontitownar.gov>
**Subject:** 25-000497

Good morning,

I have attached a report that we are wondering if we can pursue charges for obstruction and possibly endangering on. At your request we can also provide body camera footage of the incident.

Again, any guidance is greatly appreciated.

Darrin Bentley
Tontitown Police Department

Case 5:26-cv-05007-DCF    Document 7    Filed 01/14/26    Page 14 of 14 PageID #: 61



**9:33** ➤

◀ Phone

‹ ❶

.ıll LTE 🔋

📹

**Heather Owens Pro...** ❯

iMessage
Wednesday 9:54 AM

In a meeting. What's up?

Did you get Bentleys email about obstruction and endangering?

Yes, I've got it. I will get back to you asap.

Okay. Thank you

Delivered