IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

STEPHANIE MCTEE,
JARON MCTEE, and
o/b/o J.M., a minor                                             PLAINTIFFS

   v.     CIVIL NO. 5:26-cv-05007

SGT. TREVOR HAMMONS
OFFICER DIEGO IBARRA
OFFICER DARRIN BENTLEY
CHIEF CORY JENISON
CITY OF TONTITOWN, ARKANSAS                                     DEFENDANTS

### **O R D E R**

The Court has reviewed Plaintiffs Motion to Supplement Complaint and finds that it should be **GRANTED**. (ECF No. 7). Therefore, Plaintiffs are directed to file their First Amended and Supplemental Complaint with the Clerk of Court by **January 28, 2026**. Plaintiffs may file the documents filed at ECF No. 7, omitting the motion on the first page, if they so choose.

In the Amended Complaint, Plaintiffs must write short, plain statements telling the Court: (1) the constitutional or statutory right Plaintiffs believes was violated; (2) the name of the Defendant who violated the right; (3) exactly what each Defendant did or failed to do; (4) how the action or inaction of that Defendant is connected to the violation of Plaintiffs' constitutional rights; and (5) what specific injury Plaintiffs suffered because of that Defendant's conduct. *See Rizzo v. Goode*, 423 U.S. 362, 371-72, 377 (1976); Fed. R. Civ. P. 8. **Plaintiff must repeat this process for each person/group they have named as a Defendant**.

Plaintiffs are cautioned that they must affirmatively link the conduct of each named Defendant with the specific injury she suffered. If they fail to do so, the allegations against that Defendant will be dismissed for failure to state a claim.

Plaintiffs must clearly designate on the face of the document that it is a First Amended Complaint. Plaintiff **may not incorporate any part of the original Complaint.** A First Amended Complaint supersedes, or takes the place of, the original Complaint. After amendment, the Court will treat the original Complaint as nonexistent. Any cause of action that was raised in the original Complaint is waived if it is not raised in the First Amended Complaint.

IT IS SO ORDERED this 14th day of January 2026.

/s/ *Christy Comstock*

HON. CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE