INDEX OF EXHIBITS

PRINT

| EXHIBIT | DESCRIPTION | PURPOSE | DATE (TIME) |
|---|---|---|---|
| 1a | Initial Plantiff FOIA request for 12/12/25 incident content | Proves bad faith suppression of evidence; contradicts "open investigation" claim. | 12/16/25 (14:54) |
| 1b | Plantiff FOIA request #1 form receipt (All content) | Plantiffs formal FOIA request receipt | 12/15/25 (09:20) |
| 1c | Completely irrelevant videos shared by TPD | First video shared with Plantiffs | 1/5/26 (13:05) |
| 1d | Partial content from 12/12/25 incident shared by TPD | Highly redacted videos sent, Sgt. Hammons video not included | 1/5/26 (14:46) |
| 2a | TPD report shared from 12/12/25 incident (FOIA) | Proves officers pretext and personal animus, investigation timeline and Shows contradictions in officer narratives compared to video evidence. | 1/5/26 (14:12) |
| 2b | Plantiff FOIA request #2 form receipt (Hammons video) | Plantiffs formal FOIA request receipt | 1/6/26 (08:42) |
| 2c | Hammons bodycam video located shared, missing ~7mins | Proves spoliation; establishes video was withheld until challenged | 1/6/26 (11:19) |
| 2d | Missing Hammons video located shared, sound missing | Missing bodycam footage "found" - highly redacted and shorter than others | 1/6/26 (12:37) |
| 2e | Metadata from bodycam provider (WatchGuard) on usage (3 officers) | Proof the video always existed and available | 1/12/25 (07:57) |
| 3 | Citations issued to Jaron & Stephanine McTee | Proves "Adverse Action" taken 72 hours after lawsuit filed (Retaliation) | 1/12/26 (13:25) |
| 4a | Emails/Text between Prosecutor Owens, Sgt. Hammons, and Ofc. Bentley | Proves "Retaliatory Animus" and subjective malice by prosecution/police | 1/1/26 (04:19) |
| 4b | Plantiff FOIA request #3 form receipt (decision to issue 1/12/26 Citations) | Plantiffs formal FOIA request receipt | 1/12/26 (21:35) |
| 4c | Content shared by TPD regarding 1/12/26 citations; email and text screenshot | Pretext, retaliation, conspiracy, 'chilling effect', personal animus | 1/13/26 (13:16) |
| 5a | Washington Co. CAD Report #2025-070756 (12/12/25 incident) | Proves non-emergency nature of call; undermines "exigent circumstances" defense. | 12/17/25 (10:53) |
| 5b | Washington County FOIA request confirmation | Plantiffs formal FOIA request receipt | 12/16/25 (14:21) |
| 6 | Tontitown PD Police Report | Contraditctions, pretext, and false narratives to justify force | 12/12/25 (00:45)* |
| 7a | FOIA Giglio/Brady request sent to local Prosecutor (Washington County) | Notice of lawsuit | 12/16/25 (14:24) |
| 7b | Confirmation of receipt; no Tontitown officers listed | Proof of receipt | 12/17/25 (16:23) |
| 8a | Letter sent to City of Tontitown | Notice of lawsuit | 1/9/26 (15:39) |
| 8b | Certifed Mail Receipts | Proof of receipt | 1/9/26 (15:39) |
| 9 | City of Tontitown Resolution (No. 2025-___) | City resolution proving indifference, lack of supervision, training; and Proves City's knowledge of Hammons' misconduct (Monell Notice) | 9/xx/25 (xx:xx) |
| 10 | City of Tontitown Organizational Chart | Chain of command, reference | 11/xx/25 |
| 11 | Medical service receipt, mental (S.McTee) | Proof of claims | 1/7/26 |
| 12 | Medical service receipt, physical (J.McTee) | Proof of claims | 12/30/25 |

USB

| EXHIBIT | DESCRIPTION | PURPOSE | |
|---|---|---|---|
| A | Physical Injury Photographs | Proof of claims | |
| B-1 | Ofc. Bentley bodycam [REDACTED] | Timestamps, incident report contradictions, proof of claims | |
| B-2 | Ofc. Bentley dashcam | Timestamps, incident report contradictions, proof of claims | |
| B-3 | Ofc. Bentley backseat video | Timestamps, incident report contradictions, proof of claims | |
| C-1 | Sgt. Hammons bodycam [REDACTED] | Timestamps, incident report contradictions, proof of claims | |
| C-2 | Sgt. Hammons dashcam [REDACTED] | Timestamps, incident report contradictions, proof of claims | |
| D-1 | Ofc. Ibarra bodycam [REDACTED] | Timestamps, incident report contradictions, proof of claims | |
| D-2 | Ofc. Ibarra dashcam [REDACTED] | Timestamps, incident report contradictions, proof of claims | |
| D-3 | Ofc. Ibarra backseat video [REDACTED] | Timestamps, incident report contradictions, proof of claims | |
| E-1 | Washington County radio traffic for 12/12/25 incident #1 | Timestamps, incident report contradictions, proof of claims | |
| E-2 | Washington County radio traffic for 12/12/25 incident #2 | Timestamps, incident report contradictions, proof of claims | |
| F-1 | Washington Co. Calls For Service regarding 12/12/25 incident #1 | Timestamps, incident report contradictions, proof of claims | |
| F-2 | Washington Co. Calls For Service regarding 12/12/25 incident #2 | Timestamps, incident report contradictions, proof of claims | |
| G | Ofc. Covington serving criminal citations on 1/12 | Planttiffs receiving citations (EXHIBIT 3) | |