# EXHIBIT

1A

 Gmail

**Flip Grass <flipgrassllc@gmail.com>**

## Tontitown FOIA follow up

10 messages

**Danielle DeLille** <ddelille@tontitownar.gov>                                   Tue, Dec 16, 2025 at 1:54 PM
To: "flipgrassllc@gmail.com" <flipgrassllc@gmail.com>

Good afternoon Stephanie,

I wanted to let you know I am working on the FOIA request you sent over.  There are multiple videos that contain minors and those minors, their voices, and any references to them will have to be redacted from the videos per Federal Law.  It will take me a bit to get through the videos; there are several I have to watch in their entirety and make redactions.  This request will take longer than expected due to the length of each video.

Your request included a request for 911 and non-emergency call recordings and radio and dispatch audio, as well as CAD logs.  You will have to request those items from the Washington County Sheriff's Office as they are the holder of those records.

Lastly, since the videos will have redactions, I will need you to bring a flash drive to upload the final videos onto as I will not be able to email them due to the size of the files.

Thank you.

Sincerely,



**Ofc. Danielle DeLille**

Tontitown Police Dept.

Warrants Officer

Phone 479-361-9168

Fax 479-231-3778

ddelille@tontitownar.gov

235 E. Henri De Tonti

P.O Box 305

Tontitown, AR 72770

**Flip Grass** <flipgrassllc@gmail.com>                           Tue, Dec 16, 2025 at 2:04 PM
To: Danielle DeLille <ddelille@tontitownar.gov>

Thank you for letting me know, I can bring a flash drive whenever you advise the videos are ready.

I do expect to still see and hear all non-minor content. Blurring or muting is understandable but please ensure the officers and adult audio is included (even if separate, audio-only files are needed).

On Tue, Dec 16, 2025 at 1:54 PM Danielle DeLille <ddelille@tontitownar.gov> wrote:

> Hi,
>
> Thank you for your response. I will follow up with the Washington County Sheriff's Office for the dispatch logs as you directed.
>
> Regarding the video redactions, please be advised of the following:
>
> 1. Parental Waiver of Privacy Rights (Minors)
>
> I am the legal guardian of one of the minors depicted in these videos (specifically one of the children found in my driveway):
>
> I hereby waive any and all privacy protections regarding my own children for the purpose of this release to me.
>
> • Do not redact the visual images of my child (J███ M███).
> • Do not redact/mute the audio of my child (J███ M███).
>
> Tthere is no "Federal Law" basis to withhold this information from the parent. If other children (neighbors) are present, you may blur their faces, but you must not mute the audio of the interaction, as the verbal and physical commands issued by your officers is the primary subject of this request.
>
> 2. Statutory Deadline
>
> As al understand Arkansas FOIA requires records to be produced immediately or within three (3) working days from the request (12/15 @ 9:20am). If the redaction process for the other minors prevents this, please provide the specific date and time the records will be ready, as required by statute.
>
> "A bit" is not a sufficient designation under the law.
>
> 3. Delivery
>
> I have a flash drive ready. Please confirm the specific date and time I should arrive at the station to collect the unredacted regarding my son, J████ (████████ boy with ███ eyeglasses) footage.
>
> Respectfully,
>
> Stephanie McTee

[Quoted text hidden]

---

**Flip Grass** <flipgrassllc@gmail.com>                           Tue, Dec 16, 2025 at 2:05 PM
To: Danielle DeLille <ddelille@tontitownar.gov>

[Quoted text hidden]

---

**Danielle DeLille** <ddelille@tontitownar.gov>                    Tue, Dec 16, 2025 at 2:07 PM
To: Flip Grass <flipgrassllc@gmail.com>

I don't have a way to select which voices I can and cannot mute unfortunately.  I will do my best to make sure that as much of the audio is audible as much as possible, but with our software, there may times when

other audio is affected if the minors are speaking when an adult is speaking.

[Quoted text hidden]

---

**Flip Grass** <flipgrassllc@gmail.com>                                    Tue, Dec 16, 2025 at 2:08 PM
To: Danielle DeLille <ddelille@tontitownar.gov>

Understandable. Thanks for doing what you can.
Let me know when to expect the requested content. Thanks again!
SM
[Quoted text hidden]

---

**Danielle DeLille** <ddelille@tontitownar.gov>                            Tue, Dec 16, 2025 at 2:27 PM
To: Flip Grass <flipgrassllc@gmail.com>

Stephanie,

I apologize, this report is not approved and has not been reviewed by a supervisor, therefore this is considered an open investigation, and I am unable to release any information, including videos; until it is closed.  I apologize for the inconvenience.

[Quoted text hidden]

---

**Flip Grass** <flipgrassllc@gmail.com>                                    Tue, Dec 16, 2025 at 2:38 PM
To: Danielle DeLille <ddelille@tontitownar.gov>

**Dear Danielle,**

I am in receipt of your denial based on the claim that the report "is not approved" and is an "open investigation." - I am not being contentious but I fail to understand a legal justification for the exception here?

As I understand the law,

**1. "Supervisor Approval" is Not a Legal Exemption.** Please be advised that *Ark. Code Ann. § 25-19-105* lists the specific exemptions for withholding records. "Pending supervisor review" or "administrative approval" is **not** a listed exemption. The Arkansas Supreme Court has consistently ruled that internal administrative procedures cannot supersede the statutory requirement to provide records within three (3) business days. The fact that your department has not yet administratively "approved" a document does not alter its status as a public record once created.

**2. Invalid Use of "Open Investigation" Exemption (*Ark. Code Ann. § 25-19-105(b)(6)*)** You cited the "open investigation" exemption. This exemption applies to **"undisclosed investigations of suspected criminal activity":**

- **No Criminal Activity:** This incident involved a "ding dong ditch" call where **no arrests were made and no charges were filed**. A closed call for service with no pending criminal charges does not qualify as an "ongoing criminal investigation" merely because you have not closed your file administratively.

- **Not Undisclosed:** The exemption is designed to protect *secret* investigations. Since I was the subject of the detention and tackled and am requesting records of my own interaction, the investigation is not "undisclosed" to me.

- **Routine Records:** The Arkansas Supreme Court has ruled that routine incident reports containing time, date, location, and officer details are **not** "sufficiently investigative" to be withheld, even in open cases.

**3. Use of Force Reports are Public** Additionally, any "Use of Force" narrative is a public record and cannot be withheld as a "personnel" or "evaluative" record (*Thomas v. Hall*, Ark. Supreme Court).

Conclusion I am creating a record that you are withholding these files in violation of the Arkansas FOIA. **I respectfully demand the release of the available records immediately (and corresponding redacted content, this week).**

If the "investigation" is truly open, please provide the **specific criminal statute** currently being investigated and the **Case Number** assigned to this active criminal matter.

Otherwise we will expect the content no later than close of business on **12/18/2025.**

Thank you kindly for understanding my concern and urgency.

Respectfully,

**Stephanie McTee**
[Quoted text hidden]

---

**Flip Grass** <flipgrassllc@gmail.com>                                          Thu, Dec 18, 2025 at 12:16 PM
To: Danielle DeLille <ddelille@tontitownar.gov>

Hello Officer DeLille,
Following up on this request- is there any update?

My husband or I will be by today to deliver the flash drive.

Thanks for any update you can provide.

Respectfully,
Stephanie McTee
[Quoted text hidden]

---

**Danielle DeLille** <ddelille@tontitownar.gov>                                  Thu, Dec 18, 2025 at 3:20 PM
To: Flip Grass <flipgrassllc@gmail.com>

Mrs. Mctee,


Reference your FOIA request, this case is an open investigation pending charges of Endangering the welfare of a minor (Arkansas statute § 5-27-207) and Obstructing governmental operations (Arkansas Statute § 5-54-102). The charges have been sent to the Prosecutor for review. The fulfilment of the submitted FOIA request is pending the Prosecutors decision to move forward with charges or not.  If the Prosecutor does not move forward with charges, I will have the requested footage available and ready to be uploaded onto your device.  If the Prosecutor does decide to move forward with the previously mentioned charges, the release of information will be reviewed pertaining to the Arkansas Child Maltreatment Act. I will be in touch once we hear back from the Prosecutor. Thank you for your patience and understanding.

[Quoted text hidden]

---

**Flip Grass** <flipgrassllc@gmail.com>                                          Thu, Dec 18, 2025 at 5:42 PM
To: Stephanie McTee <smctee1217@gmail.com>

[Quoted text hidden]

# EXHIBIT

1b

 **Gmail**

**Flip Grass <flipgrassllc@gmail.com>**

## Freedom of Information Act Form submitted on City of Tontitown, Arkansas

1 message

**City of Tontitown, Arkansas** <noreply@tontitown.com>                     Mon, Dec 15, 2025 at 9:20 AM
Reply-To: noreply@tontitown.com
To: flipgrassllc@gmail.com

Thank you for submitting a form on the City of Tontitown website! We will contact you if we need any further information.

INFORMATION SUBMITTED:

| | |
|---|---|
| **Name of Requester:** | Stephanie McTee |
| **Street Address:** | 156 Ranalli Ave<br>Tontitown, Arkansas 72762 |
| **Telephone:** | 479-365-5415 |
| **E-mail:** | flipgrassllc@gmail.com |
| **Records Requested: Please list, as clearly as possible, the name of the document(s), the type of document(s)\*, date of or date range of the document(s) and any other specifics you may have that will identify the records you seek.** | To the Custodian of Records:<br>Under the Arkansas Freedom of Information Act (Ark. Code Ann. § 25-19-101 et seq.), I am requesting an opportunity to inspect or obtain copies of public records regarding an incident that occurred at 156 Ranalli Ave, Tontitown, Arkansas, between the hours of approximately 9:00 PM and 11:00 PM on Friday, December 12, 2025.<br><br>I request the following specific records:<br><br>1. Body Worn Camera Footage: Unedited video and audio from Officer Hammons, Officer Ibarra, and Officer Bentley for the entire duration of their presence at the scene.<br><br>2. Dash/In-Car Camera Footage: Footage from all police vehicles present at the scene during the specified timeframe.<br><br>3. 911 and Non-Emergency Call Recordings: The initial call for service regarding this incident, as well as any subsequent recordings of phone calls made by officers or dispatch to the parents/guardians of the minors present at the scene.<br><br>4. Radio and Dispatch Audio: All radio traffic and communication between the responding officers and dispatch regarding this incident.<br><br>5. CAD (Computer Aided Dispatch) Logs: The complete call log showing dispatch times, arrival times, and officer notes.<br>Incident and Offense Reports: The full written narrative and report filed for this incident.<br><br>6. Use of Force Reports: Any and All reports detailing the physical contact/force used against Stephanie and Jaron McTee during this incident. |

If any portion of this request is denied, please cite the specific exemption under the Arkansas FOIA that justifies the denial for each withheld record.

I request that these records be provided in a digital format (e.g., email link, USB drive, or disc).
Please inform me in advance of any search or copying costs that may exceed $30.00.

As this matter involves the physical detention and use of force against citizens, as well as the interrogation of minors, I request an expedited response. Thank you in advance.

| | |
|---|---|
| **Would you like to inspect or receive copies of the requested records?** | Receive Copies |
| **In what form would you like to receive the copies of the records?** | Electronic |
| **Are you requesting a fee waiver?** | No |
| **Requestor Signature:** |  |
| **Date:** | December 15, 2025 |

This is an automated message. Please do not reply to this message, as this email address is not monitored. Please use our contact page for support.

# EXHIBIT

1c

 **Gmail**

**Flip Grass <flipgrassllc@gmail.com>**

---

## Danielle DeLille shared the folder "Clipchamp" with you

1 message

---

**Danielle DeLille** <ddelille@tontitownar.gov>                                Mon, Jan 5, 2026 at 1:05 PM
Reply-To: Danielle DeLille <ddelille@tontitownar.gov>
To: "flipgrassllc@gmail.com" <flipgrassllc@gmail.com>



# Danielle DeLille shared a folder with you

I have attached the requested videos. Please let me know if I can be of any further assistance.

 Clipchamp

(ℛ) This link only works for the direct recipients of this message.

| Open |

This email is generated through City of Tontitown, AR's use of Microsoft 365 and may contain content that is controlled by City of Tontitown, AR.

# EXHIBIT

Id

 Gmail                                          Flip Grass <flipgrassllc@gmail.com>

---

**Danielle DeLille shared the folder "156 Ranalli Ave" with you**
1 message

---

**Danielle DeLille** <ddelille@tontitownar.gov>                    Mon, Jan 5, 2026 at 2:46 PM
Reply-To: Danielle DeLille <ddelille@tontitownar.gov>
To: "flipgrassllc@gmail.com" <flipgrassllc@gmail.com>



# Danielle DeLille shared a folder with you

Here's the folder that Danielle DeLille shared with you.

156 Ranalli Ave

(🔗) This link only works for the direct recipients of this message.

Open

This email is generated through City of Tontitown, AR's use of Microsoft 365 and may contain content that is controlled by City of Tontitown, AR.