# EXHIBIT

2a

 Gmail

Flip Grass <flipgrassllc@gmail.com>

## Tontitown FOIA response

28 messages

**Danielle DeLille** <ddelille@tontitownar.gov>     Mon, Jan 5, 2026 at 2:12 PM
To: Flip Grass <flipgrassllc@gmail.com>

I have attached a copy of the requested report.

Sincerely,



**Ofc. Danielle DeLille**

Tontitown Police Dept.

Warrants Officer

Phone 479-361-9168

Fax 479-231-3778

ddelille@tontitownar.gov

235 E. Henri De Tonti

P.O Box 305

Tontitown, AR 72770

 **12122025_Incident.pdf**
2180K

**Flip Grass** <flipgrassllc@gmail.com>     Mon, Jan 5, 2026 at 2:38 PM
To: Danielle DeLille <ddelille@tontitownar.gov>

I believe I also requested body cam footage from all three officers involved. I would appreciate receiving it as soon as possible.
[Quoted text hidden]

**Danielle DeLille** <ddelille@tontitownar.gov>     Mon, Jan 5, 2026 at 2:39 PM
To: Flip Grass <flipgrassllc@gmail.com>

You did and I sent that in a separate email earlier today.  It was via cloud share.

[Quoted text hidden]

**Flip Grass** <flipgrassllc@gmail.com>                    Mon, Jan 5, 2026 at 2:43 PM
To: Danielle DeLille <ddelille@tontitownar.gov>

A random video of some lobby was Attached to the file and random papers not the body cam footage from the 3 officers
[Quoted text hidden]

---

**2 attachments**



**IMG_0534.png**
596K



**IMG_0535.png**
281K

---

**Danielle DeLille** <ddelille@tontitownar.gov>            Mon, Jan 5, 2026 at 2:44 PM
To: Flip Grass <flipgrassllc@gmail.com>

That's very odd.  Let me try again.  I apologize.

[Quoted text hidden]

---

**Flip Grass** <flipgrassllc@gmail.com>                    Mon, Jan 5, 2026 at 2:46 PM
To: Danielle DeLille <ddelille@tontitownar.gov>

I appreciate you trying again, thank you! I can also drop off a flash drive if that is easier for you
[Quoted text hidden]

---

**Danielle DeLille** <ddelille@tontitownar.gov>            Mon, Jan 5, 2026 at 2:51 PM
To: Flip Grass <flipgrassllc@gmail.com>

You should be receiving a link here shortly. I am sending it over cloudshare.

[Quoted text hidden]

---

**Flip Grass** <flipgrassllc@gmail.com>                    Mon, Jan 5, 2026 at 2:59 PM
To: Danielle DeLille <ddelille@tontitownar.gov>

I got it, thank you so much!
[Quoted text hidden]

**Flip Grass** <flipgrassllc@gmail.com>                                    Mon, Jan 5, 2026 at 8:55 PM
To: Danielle DeLille <ddelille@tontitownar.gov>

Hi,
A significant portion of Sgt Hammons' video footage (both dash and bodycam) is missing.
Roughly seven minutes of audio/video are missing, where he is visibly and actively at the scene:
  -Timestamp: *approximately 22:01-22:08 on 12/12/2025*

Please provide the additional bodycam and dashcam footage from Sgt Hammons' devices as soon as possible.

Thank you for your continued help here!
[Quoted text hidden]

---

**Danielle DeLille** <ddelille@tontitownar.gov>                            Tue, Jan 6, 2026 at 8:14 AM
To: Flip Grass <flipgrassllc@gmail.com>

I have sent you everything I have.

[Quoted text hidden]

---

**Flip Grass** <flipgrassllc@gmail.com>                                    Tue, Jan 6, 2026 at 8:32 AM
To: Danielle DeLille <ddelille@tontitownar.gov>

Good morning,
Thanks for the quick reply!
However, I am a bit confused... to accept this response, you're confirming Hammons (the supervisor at scene) didn't have bodycam or dashcam functioning?
Furthermore he then decided to use physical force (per his own report), and then both of his cameras remotely started recording 7 minutes later?

Just making sure I understand correctly. Thanks again!
[Quoted text hidden]



**image001.png**
37K

---

**Danielle DeLille** <ddelille@tontitownar.gov>                            Tue, Jan 6, 2026 at 8:38 AM
To: Flip Grass <flipgrassllc@gmail.com>

I am confirming that I have sent you everything I have as far as body cam and dashcam footage from that evening.

[Quoted text hidden]

---

**Flip Grass** <flipgrassllc@gmail.com>                                    Tue, Jan 6, 2026 at 8:52 AM
To: Danielle DeLille <ddelille@tontitownar.gov>

Hi again,
Not 100% sure what you mean by "everything **you** have"?

Are you speaking personally or for the department (implying it doesn't exist or has been deleted)?
Thanks for the clarification.

Also, I submitted a formal FOIA request for this specific content. Thanks again!

[Quoted text hidden]

---

**Flip Grass** <flipgrassllc@gmail.com>                                   Tue, Jan 6, 2026 at 8:56 AM
To: Danielle DeLille <ddelille@tontitownar.gov>

Additionally, here is a quick screenshot showing Hammons (bodycam light on)- from other footage shared. Timestamp it at 22:00.



Thanks again!

[Quoted text hidden]

---

**Danielle DeLille** <ddelille@tontitownar.gov>                           Tue, Jan 6, 2026 at 11:21 AM
To: Flip Grass <flipgrassllc@gmail.com>

I was able to locate an additional video from Sgt. Hammons. I don't know why it didn't show up initially when I was working on the other videos but it didn't. The majority of the video does not have sound and I am not sure why. There is sound on the last few seconds of the video. I sent it over cloudshare.

Sincerely,



**Ofc. Danielle DeLille**

Tontitown Police Dept.

Warrants Officer

Phone 479-361-9168

Fax 479-231-3778

ddelille@tontitownar.gov

235 E. Henri De Tonti

P.O Box 305

Tontitown, AR 72770

**From:** Flip Grass <flipgrassllc@gmail.com>
**Sent:** Tuesday, January 6, 2026 8:57 AM
**To:** Danielle DeLille <ddelille@tontitownar.gov>
**Subject:** Re: Tontitown FOIA response

Additionally, here is a quick screenshot showing Hammons (bodycam light on)- from other footage shared. Timestamp it at 22:00.



Thanks again!

[Quoted text hidden]

---

**Flip Grass** <flipgrassllc@gmail.com>                                    Tue, Jan 6, 2026 at 11:46 AM
To: Danielle DeLille <ddelille@tontitownar.gov>

**Officer DeLille,**

This is not a request for you to "look again." This is a formal notice that the Tontitown Police Department is withholding critical evidence of a Use of Force incident, mentioned in the report (leg sweep/bodyslam), and clearly present in all other video footage reviewed.

**The Facts:**

1. **Hammons had a physical encounter with a citizen during this timeframe:** Timestamps from the other body camera confirm the altercation occured around ~22:03:00 - 22:04:30

2. **Hammons Was Recording:** I have attached a screenshot from Officer Bentley's footage at **22:00,** clearly showing the **RED indicator light** on Hammons' body camera. This proves his device was active and recording *four minutes before* the requested timeframe, and he is the highest-ranking officer at the scene.

3. **The Evidence is Missing:** The files you have provided explicitly exclude the timeframe of **22:00 to 22:07**. You have produced no footage from the primary aggressor (Hammons) for seven plus minutes of vital video. There has also been no evidence of Hammons being dispatched to this location.

Since the device was recording (proven by the light) but the file "doesn't exist" in your records, someone deleted it, stopped the recording mid-incident, or is intentionally withholding it. Any of these actions constitute Spoliation of Evidence and potential obstruction of justice.

**Please provide by end of day:**

1. The unedited video file from Sgt. Hammons' camera covering **22:00 to 22:07**.

2. OR, a formal written statement on Department letterhead, signed by the Chief of Police or Records Custodian, stating: **"The video footage from Sgt. Hammons for the timeframe of 22:00-22:07 was recorded but has been lost/destroyed."**

Thanks again!
Jaron McTee
479-426-944
156 Ranalli Ave.
[Quoted text hidden]

---

**Danielle DeLille** <ddelille@tontitownar.gov>                    Tue, Jan 6, 2026 at 11:58 AM
To: Flip Grass <flipgrassllc@gmail.com>
Cc: Jerry Bowen <jbowen@tontitownar.gov>, Corey Jenison <cjenison@tontitownar.gov>, Leslee Shadrick <pdclerk@tontitownar.gov>

Mr. Mctee,

I did send the requested video this morning and it shows that it was opened by someone who is logged into the email address provided on the FOIA request and the email that sent this particular email. It was opened on today's date at 1129. The incident you are referring to is on the bodycam footage provided today. The first two facts listed below are correct, the third "fact" is in-fact, not factual and is not true. What else can I help you with?

[Quoted text hidden]

---

**Flip Grass** <flipgrassllc@gmail.com>                    Tue, Jan 6, 2026 at 12:07 PM
To: Danielle DeLille <ddelille@tontitownar.gov>
Cc: Jerry Bowen <jbowen@tontitownar.gov>, Corey Jenison <cjenison@tontitownar.gov>, Leslee Shadrick <pdclerk@tontitownar.gov>

The footage sent over today and yesterday (all 3) are timestamped from 22:08-22:26 on 12/12/2025.

The requested, missing footage is for 22:00-22:07 on 12/12/2025.
As explained in the prior email sent, it is clear that the footage you provided does not cover the requested timeframe.

This isn't a complicated request, and it is frankly beginning to look like a purposeful attempt to intimidate or conceal information.
[Quoted text hidden]

---

**Flip Grass** <flipgrassllc@gmail.com>                    Tue, Jan 6, 2026 at 12:08 PM
To: Danielle DeLille <ddelille@tontitownar.gov>
Cc: Jerry Bowen <jbowen@tontitownar.gov>, Corey Jenison <cjenison@tontitownar.gov>, Leslee Shadrick <pdclerk@tontitownar.gov>

*For Hammons, specifically.
[Quoted text hidden]

**Leslee Shadrick** <pdclerk@tontitownar.gov>                                    Tue, Jan 6, 2026 at 1:14 PM
To: Flip Grass <flipgrassllc@gmail.com>, Danielle DeLille <ddelille@tontitownar.gov>
Cc: Jerry Bowen <jbowen@tontitownar.gov>, Corey Jenison <cjenison@tontitownar.gov>

Mr. McTee. I am showing a video in the file that was shared with you labeled
"TrevorHammons_202512122157_BWL7085068-0_Redacted.mp4" that was uploaded by Danielle. That
video shows a start time of 12/12/2025 22:01:23. This is the earliest video I have seen in the system in
reference to this incident.


**Best regards,**



Ofc. Leslee Boock-Shadrick
Tontitown Police Dept.
Police Records Clerk
Phone 479-361-9168
Fax 479-231-3778
pdclerk@tontitownar.gov
235 E. Henri De Tonti
P.O Box 305
Tontitown, AR 72770

---

**From:** Flip Grass <flipgrassllc@gmail.com>
**Sent:** Tuesday, January 6, 2026 12:07 PM
**To:** Danielle DeLille <ddelille@tontitownar.gov>
**Cc:** Jerry Bowen <jbowen@tontitownar.gov>; Corey Jenison <cjenison@tontitownar.gov>; Leslee Shadrick
<pdclerk@tontitownar.gov>
[Quoted text hidden]

[Quoted text hidden]

---

**Flip Grass** <flipgrassllc@gmail.com>                                    Tue, Jan 6, 2026 at 1:28 PM
To: Leslee Shadrick <pdclerk@tontitownar.gov>
Cc: Danielle DeLille <ddelille@tontitownar.gov>, Jerry Bowen <jbowen@tontitownar.gov>, Corey Jenison
<cjenison@tontitownar.gov>

This video works for me. I see why it was so difficult to to get sent over. Thanks!
[Quoted text hidden]

---

**5 attachments**



**image001.png**
37K


**image002.png**
639K


**Outlook-0wcmte3q.png**
37K


**image001.png**
37K


**image001.png**
37K

---

**Flip Grass** <flipgrassllc@gmail.com>                    Wed, Jan 7, 2026 at 8:00 AM
To: Leslee Shadrick <pdclerk@tontitownar.gov>
Cc: Danielle DeLille <ddelille@tontitownar.gov>, Jerry Bowen <jbowen@tontitownar.gov>, Corey Jenison
<cjenison@tontitownar.gov>

Hi,
Still didnt dee or hear Hammons being dispatched to the scene on 12/12/25. Please provide this too, as requested.
Thanks!
[Quoted text hidden]

---

**5 attachments**



**image001.png**
37K



**Outlook-0wcmte3q.png**
37K



**image002.png**
639K



**image001.png**
37K



**image001.png**
37K

---

**Flip Grass** <flipgrassllc@gmail.com>                                      Wed, Jan 7, 2026 at 8:01 AM
To: Leslee Shadrick <pdclerk@tontitownar.gov>
Cc: Danielle DeLille <ddelille@tontitownar.gov>, Jerry Bowen <jbowen@tontitownar.gov>, Corey Jenison
<cjenison@tontitownar.gov>

note: Washington county only has two officers being dispatched. Looking to clarify when Hammons became involved.
[Quoted text hidden]

---

**5 attachments**



**image001.png**
37K



**Outlook-0wcmte3q.png**
37K



**image002.png**
639K



**image001.png**
37K



**image001.png**
37K

---

**Leslee Shadrick** <pdclerk@tontitownar.gov>                                    Wed, Jan 7, 2026 at 8:05 AM
To: Flip Grass <flipgrassllc@gmail.com>
Cc: Danielle DeLille <ddelille@tontitownar.gov>, Jerry Bowen <jbowen@tontitownar.gov>, Corey Jenison <cjenison@tontitownar.gov>

Mr. McTee, you have been provided with all of the videos from that incident. There would not be video or audio on our end of him being dispatched to the scene. If you want to obtain the radio traffic, you will need

to reach out to Washington County.

**Best regards,**



Ofc. Leslee Boock-Shadrick
Tontitown Police Dept.
Police Records Clerk
Phone 479-361-9168
Fax 479-231-3778
pdclerk@tontitownar.gov
235 E. Henri De Tonti
P.O Box 305
Tontitown, AR 72770

---

**From:** Flip Grass <flipgrassllc@gmail.com>
**Sent:** Wednesday, January 7, 2026 8:01 AM
**To:** Leslee Shadrick <pdclerk@tontitownar.gov>
**Cc:** Danielle DeLille <ddelille@tontitownar.gov>; **Jerry Bowen** <jbowen@tontitownar.gov>; **Corey Jenison** <cjenison@tontitownar.gov>

[Quoted text hidden]

[Quoted text hidden]

---

**Flip Grass** <flipgrassllc@gmail.com>                          Wed, Jan 7, 2026 at 8:16 AM
To: Leslee Shadrick <pdclerk@tontitownar.gov>
Cc: Danielle DeLille <ddelille@tontitownar.gov>, Jerry Bowen <jbowen@tontitownar.gov>, Corey Jenison
<cjenison@tontitownar.gov>

Noted. Thank you very much Officer Shadrick!
[Quoted text hidden]

---

**Leslee Shadrick** <pdclerk@tontitownar.gov>                          Fri, Jan 9, 2026 at 9:43 AM
To: Flip Grass <flipgrassllc@gmail.com>
Cc: Jerry Bowen <jbowen@tontitownar.gov>, Corey Jenison <cjenison@tontitownar.gov>

Mr. McTee. I wanted to send you an update. I just got off the phone with Watchguard. They have retrieved the data from the server and are sending it over to there IT for the data to be narrowed down to your time frame. I will be waiting to receive the data from them to complete your request.

**Best regards,**



Ofc. Leslee Boock-Shadrick
Tontitown Police Dept.
Police Records Clerk
Phone 479-361-9168
Fax 479-231-3778
pdclerk@tontitownar.gov
235 E. Henri De Tonti
P.O Box 305
Tontitown, AR 72770

**From:** Flip Grass <flipgrassllc@gmail.com>
**Sent:** Wednesday, January 7, 2026 8:16 AM

[Quoted text hidden]

[Quoted text hidden]

---

**Flip Grass** <flipgrassllc@gmail.com>                    Fri, Jan 9, 2026 at 10:24 AM
To: Leslee Shadrick <pdclerk@tontitownar.gov>
Cc: Jerry Bowen <jbowen@tontitownar.gov>, Corey Jenison <cjenison@tontitownar.gov>

Thank you, kindly!
[Quoted text hidden]

---

**7 attachments**


**image001.png**
37K


**image002.png**
639K


**Outlook-0wcmte3q.png**
37K


**Outlook-03mhbfoc.png**
37K



**Outlook-q0chid3h.png**
37K



**image001.png**
37K



**image001.png**
37K

---

**Leslee Shadrick** <pdclerk@tontitownar.gov>                              Mon, Jan 12, 2026 at 7:56 AM
To: Flip Grass <flipgrassllc@gmail.com>
Cc: Jerry Bowen <jbowen@tontitownar.gov>, Corey Jenison <cjenison@tontitownar.gov>

Mr. McTee. Below is the information that I received from the camera company. They have tried to send it over on an official letter, however I haven't been able to download it. I will continue to work on it.

-Logs from the date in question show that the camera was powered on from 23:55:53 on 2025-12-11 and was on and battery discharging until it was docked in a USB base at 01:27:03 on 2025-12-12.

-The camera was docked in the USB base from 01:27:03 till 10:20:34.

-The camera was powered off at 10:22:12 and was powered back on at 22:01:15.

-A recording was started at 22:08:42 and was stopped at 22:26:44, REID 00:1d:96:2b:d6:7d-0013670311.

-The camera was docked in a transfer station at 22:34:29 and undocked at 23:02:32.

-The camera was powered off at 23:43:21 and was powered back on at 15:39:06 on 2025-12-13.

**Best regards,**



Ofc. Leslee Boock-Shadrick
Tontitown Police Dept.
Police Records Clerk
Phone 479-361-9168
Fax 479-231-3778
pdclerk@tontitownar.gov
235 E. Henri De Tonti
P.O Box 305
Tontitown, AR 72770

---

**From:** Flip Grass <flipgrassllc@gmail.com>
**Sent:** Friday, January 9, 2026 10:24 AM
**To:** Leslee Shadrick <pdclerk@tontitownar.gov>
**Cc:** Jerry Bowen <jbowen@tontitownar.gov>; Corey Jenison <cjenison@tontitownar.gov>
[Quoted text hidden]

[Quoted text hidden]

# EXHIBIT

2b

 **Gmail**

Flip Grass <flipgrassllc@gmail.com>

---

## Freedom of Information Act Form submitted on City of Tontitown, Arkansas

2 messages

---

**City of Tontitown, Arkansas** <noreply@tontitown.com>                    Tue, Jan 6, 2026 at 8:42 AM
Reply-To: noreply@tontitown.com
To: flipgrassllc@gmail.com

Thank you for submitting a form on the City of Tontitown website! We will contact you if we need any further information.

INFORMATION SUBMITTED:

| | |
|---|---|
| **Name of Requester:** | The McTee Family |
| **Street Address:** | 156 Ranalli ave<br>Tontitown, Arkansas 72762 |
| **Telephone:** | 4794269449 |
| **E-mail:** | flipgrassllc@gmail.com |
| **Records Requested: Please list, as clearly as possible, the name of the document(s), the type of document(s)\*, date of or date range of the document(s) and any other specifics you may have that will identify the records you seek.** | Please provide bodycam and dashcam footage from TPD Officer Trevor Hammons on 12/12/2025 from 22:00-22:10. |
| **Would you like to inspect or receive copies of the requested records?** | Receive Copies |
| **In what form would you like to receive the copies of the records?** | Electronic |
| **Are you requesting a fee waiver?** | No |
| **Requestor Signature:** | |
| **Date:** | January 6, 2026 |

This is an automated message. Please do not reply to this message, as this email address is not monitored. Please use our contact page for support.

**City of Tontitown, Arkansas** <noreply@tontitown.com>                    Tue, Jan 6, 2026 at 9:31 AM
Reply-To: noreply@tontitown.com
To: flipgrassllc@gmail.com

Thank you for submitting a form on the City of Tontitown website! We will contact you if we need any further information.

INFORMATION SUBMITTED:

| | |
|---|---|
| **Name of Requester:** | Jaron McTee |
| **Street Address:** | 156 Ranalli Ave<br>Tontitown, Arkansas 72762 |
| **Telephone:** | 4794269449 |
| **E-mail:** | flipgrassllc@gmail.com |
| **Records Requested: Please list, as clearly as possible, the name of the document(s), the type of document(s)\*, date of or date range of the document(s) and any other specifics you may have that will identify the records you seek.** | Please consider this a formal request the following specific Metadata and Audit Logs to resolve this discrepancy (as per Arkansas Freedom of Information Act and Federal Spoliation laws):<br>1. The "Audit Log" for Sgt. Hammons' specific camera for the date of 12/12/2025. This log is automatically generated by the camera software (e.g., Axon/WatchGuard) and proves exactly when the camera was turned on/off and if any files were deleted.<br>2. The "Chain of Custody" Report for the video files associated with Case #25-000497, showing who accessed, viewed, or exported these files before they were sent to us. |
| **Would you like to inspect or receive copies of the requested records?** | Inspect, Receive Copies |
| **In what form would you like to receive the copies of the records?** | Paper, Electronic |
| **Are you requesting a fee waiver?** | No |
| **Requestor Signature:** | |
| **Date:** | January 6, 2026 |

[Quoted text hidden]

# EXHIBIT

2c

 Gmail

**Flip Grass <flipgrassllc@gmail.com>**

---

## Danielle DeLille shared "TrevorHammons_202512122208_BWL7085068-0 BWC_Redacted" with you

1 message

---

**Danielle DeLille** <ddelille@tontitownar.gov>                    Tue, Jan 6, 2026 at 11:19 AM
Reply-To: Danielle DeLille <ddelille@tontitownar.gov>
To: "flipgrassllc@gmail.com" <flipgrassllc@gmail.com>



# Danielle DeLille shared a file with you

I was able to find this video from Sgt. Hammons Body cam.  I don't know why it didn't show up initially when I was working on the other videos.  I apologize for that.  Also, the majority of the video does not have sound.  The last couple of seconds has sound but there is no sound otherwise and I am not sure why.

| ▷ | TrevorHammons_202512122208_BWL7085068-0 BWC_Redacted |

(⚇) This link only works for the direct recipients of this message.

Open

This email is generated through City of Tontitown, AR's use of Microsoft 365 and may contain content that is controlled by City of Tontitown, AR.

# EXHIBIT

2d

 **Gmail**

## Danielle DeLille shared "TrevorHammons_202512122201_BWL7085068-0_Redacted" with you
1 message

**Danielle DeLille** <ddelille@tontitownar.gov>                     Tue, Jan 6, 2026 at 12:37 PM
Reply-To: Danielle DeLille <ddelille@tontitownar.gov>
To: "flipgrassllc@gmail.com" <flipgrassllc@gmail.com>



## Danielle DeLille shared a file with you

This is the correct video for Sgt. Hammons bodycam.  I apologize for mistakenly sending the repeat video earlier.

> ▷   TrevorHammons_202512122201_BWL7085068-0_Redacted

⊛ This link only works for the direct recipients of this message.

> Open

This email is generated through City of Tontitown, AR's use of Microsoft 365 and may contain content that is controlled by City of Tontitown, AR.

# EXHIBIT

2e 1-7

# Audit Log

| Action | Date / Timestamp | Triggered By | Username |
|---|---|---|---|
| ▶ Viewed | 06 Jan 2026 2026-01-06T11:05:47.42 | Client | Danielle DeLille - N/A |

**DETAILS**

| | | | |
|---|---|---|---|
| Event ID | 00:1d:96:2b:d6:7d-0013670312 | Triggered By | Client |
| Source | wgvidsvr.tontitownpd.local | Category | |
| Source IP | 192.168.50.149 | Vehicle/Device | BWL7-085068 |
| Source Type | EL Web | Officer Name | Hammons, Trevor |
| Event Key | fc888587-d41c-4ec2-a512-80977deaface | | |

**STREAM VIEWED**

Camera View

Front (Stream Number: 0)

| Action | Date / Timestamp | Triggered By | Username |
|---|---|---|---|
| ⬇ Downloaded To: wgvidsvr.tontito... | 06 Jan 2026 2026-01-06T08:47:36.423 | Client | ddelille |

**DETAILS**

| | | | |
|---|---|---|---|
| Event ID | 00:1d:96:2b:d6:7d-0013670312 | Destination IP | wgvidsvr.tontitownpd.local |
| Source | 2f155e8d9318.(none) | Destination Type | Local Computer |
| Source IP | 172.18.0.18 | Triggered By | Client |
| Source Type | Web Server | Start Time | 2026-01-06T08:47:36.000 |
| Event Key | fc888587-d41c-4ec2-a512-80977deaface | Stop Time | 2026-01-06T08:47:36.000 |

| Destination | wgvidsvr.tontitownpd.local | Reference Label | Mctee |
|---|---|---|---|

## EXPORTED

| Camera View | Exported |
|---|---|
| Export Package File | tontitow_Mctee_202601060846.zip |

| Exported To: file:///export/b85... | 06 Jan 2026 2026-01-06T08:47:19.493 | ddelille | Danielle DeLille - N/A |
|---|---|---|---|

## DETAILS

| | | | |
|---|---|---|---|
| Event ID | 00:1d:96:2b:d6:7d-0013670312 | Triggered By | ddelille |
| Source | 2cade3f8c173 | Officer Name | Trevor Hammons |
| Source IP | 172.18.0.13 | Start Time | 2026-01-06T08:47:19.000 |
| Source Type | EvidenceLibrary.com | Stop Time | 2026-01-06T08:47:19.000 |
| Event Key | fc888587-d41c-4ec2-a512-80977deaface | Event Size | 284837220 |
| Destination | file:///export/b851d60bf671477090a4e968e9eb2905 | Reference Label | Mctee |
| | | Complete | true |
| Destination Type | Local Computer | | |

## EXPORTED FILES

| Camera View | Original | Hashcode Original | Exported |
|---|---|---|---|
| 0 | TrevorHammons_202512122201_BWL7085068-0.mp4 | 59da2016564e72638fc2348d7dd65f18 | TrevorHa 0.mp4 |

| Description | Old Value | New Value |
|---|---|---|
| Media Type | N/A | Disk |
| Number of Copies | N/A | 1 |
| Format | N/A | .mp4 |

▶ **Viewed**     06 Jan 2026
2026-01-06T08:44:51.72     **Client**     Danielle DeLille - N/A

### DETAILS

| | | | |
|---|---|---|---|
| Event ID | 00:1d:96:2b:d6:7d-0013670312 | Triggered By | Client |
| Source | wgvidsvr.tontitownpd.local | Category | |
| Source IP | 192.168.50.149 | Vehicle/Device | BWL7-085068 |
| Source Type | EL Web | Officer Name | Hammons, Trevor |
| Event Key | fc888587-d41c-4ec2-a512-80977deaface | | |

### STREAM VIEWED

Camera View

Front (Stream Number: 0)

▶ **Viewed**     17 Dec 2025
2025-12-17T21:27:24.82     **Client**     Trevor Hammons - N/A

### DETAILS

| | | | |
|---|---|---|---|
| Event ID | 00:1d:96:2b:d6:7d-0013670312 | Triggered By | Client |
| Source | wgvidsvr.tontitownpd.local | Category | |
| Source IP | 192.168.50.136 | Vehicle/Device | BWL7-085068 |

| Source Type | EL Web | | Officer Name | Hammons, Trevor |
| Event Key | fc888587-d41c-4ec2-a512-80977deaface | | | |

## STREAM VIEWED

Camera View

Front (Stream Number: 0)

▶ **Viewed** | **16 Dec 2025**<br>2025-12-16T13:44:11.46 | **Client** | **Danielle DeLille - N/A**

### DETAILS

| Event ID | 00:1d:96:2b:d6:7d-0013670312 | Triggered By | Client |
| Source | wgvidsvr.tontitownpd.local | Category | |
| Source IP | 192.168.50.149 | Vehicle/Device | BWL7-085068 |
| Source Type | EL Web | Officer Name | Hammons, Trevor |
| Event Key | fc888587-d41c-4ec2-a512-80977deaface | | |

## STREAM VIEWED

Camera View

Front (Stream Number: 0)

▶ **Viewed** | **15 Dec 2025**<br>2025-12-15T08:57:05.337 | **Client** | **Corey Jenison - N/A**

### DETAILS

| Event ID | 00:1d:96:2b:d6:7d-0013670312 | Triggered By | Client |

| | | | |
|---|---|---|---|
| Source | wgvidsvr.tontitownpd.local | Category | |
| Source IP | 192.168.50.134 | Vehicle/Device | BWL7-085068 |
| Source Type | EL Web | Officer Name | Hammons, Trevor |
| Event Key | fc888587-d41c-4ec2-a512-80977deaface | | |

**STREAM VIEWED**

Camera View

Front (Stream Number: 0)

| ▶ Viewed | 15 Dec 2025 2025-12-15T08:51:25.447 | Client | Corey Jenison - N/A |
|---|---|---|---|

**DETAILS**

| | | | |
|---|---|---|---|
| Event ID | 00:1d:96:2b:d6:7d-0013670312 | Triggered By | Client |
| Source | wgvidsvr.tontitownpd.local | Category | |
| Source IP | 192.168.50.134 | Vehicle/Device | BWL7-085068 |
| Source Type | EL Web | Officer Name | Hammons, Trevor |
| Event Key | fc888587-d41c-4ec2-a512-80977deaface | | |

**STREAM VIEWED**

Camera View

Front (Stream Number: 0)

| ▶ Viewed | 13 Dec 2025 2025-12-13T17:50:07.717 | Client | Trevor Hammons - N/A |
|---|---|---|---|

## DETAILS

| | | | |
|---|---|---|---|
| Event ID | 00:1d:96:2b:d6:7d-0013670312 | Triggered By | Client |
| Source | wgvidsvr.tontitownpd.local | Category | |
| Source IP | 192.168.50.136 | Vehicle/Device | BWL7-085068 |
| Source Type | EL Web | Officer Name | Hammons, Trevor |
| Event Key | fc888587-d41c-4ec2-a512-80977deaface | | |

## STREAM VIEWED

Camera View

Front (Stream Number: 0)

| ▶ | Viewed | 12 Dec 2025<br>2025-12-12T22:47:40.18 | Client | Trevor Hammons - N/A |
|---|---|---|---|---|

## DETAILS

| | | | |
|---|---|---|---|
| Event ID | 00:1d:96:2b:d6:7d-0013670312 | Triggered By | Client |
| Source | wgvidsvr.tontitownpd.local | Category | |
| Source IP | 192.168.50.136 | Vehicle/Device | BWL7-085068 |
| Source Type | EL Web | Officer Name | Hammons, Trevor |
| Event Key | fc888587-d41c-4ec2-a512-80977deaface | | |

## STREAM VIEWED

Camera View

Front (Stream Number: 0)

▶ **Viewed**      **12 Dec 2025**
2025-12-12T22:42:04.937      **Client**      **Trevor Hammons - N/A**

## DETAILS

| | | | |
|---|---|---|---|
| Event ID | 00:1d:96:2b:d6:7d-0013670312 | Triggered By | **Client** |
| Source | **wgvidsvr.tontitownpd.local** | Category | |
| Source IP | **192.168.50.136** | Vehicle/Device | **BWL7-085068** |
| Source Type | **EL Web** | Officer Name | **Hammons, Trevor** |
| Event Key | **fc888587-d41c-4ec2-a512-80977deaface** | | |

## STREAM VIEWED

Camera View

Front (Stream Number: 0)

⬆ **Uploaded**
To: file:///video0/fc8...      **12 Dec 2025**
2025-12-12T22:40:54.823      **System**

## DETAILS

| | | | |
|---|---|---|---|
| Event ID | 00:1d:96:2b:d6:7d-0013670312 | Start Time | 2025-12-12T22:01:23.000 |
| Source | /data/9d93110e/series-2.json | Stop Time | 2025-12-12T22:08:59.000 |
| Event Key | fc888587-d41c-4ec2-a512-80977deaface | Event Size | 284831953 |
| | | Complete | **false** |
| Destination | file:///video0/fc888587d41c4ec2a51280977deaface/series-2.json | Retention Period | **365 days** |
| Destination Type | **Transfer** | | |
| Officer Name | **Trevor Hammons** | | |

## UPLOADED FILES

| Original | Hashcode Original |
|---|---|
| series-2.json | d13d521b7417bdab0f69d2ae884b9de4 |

⬆ **Uploaded**
To: file:///video0/fc8...

**12 Dec 2025**
2025-12-12T22:40:54.813

**System**

### DETAILS

| | | | |
|---|---|---|---|
| Event ID | 00:1d:96:2b:d6:7d-0013670312 | Start Time | 2025-12-12T22:01:23.000 |
| Source | /data/9d93110e/series-1.json | Stop Time | 2025-12-12T22:08:59.000 |
| Event Key | fc888587-d41c-4ec2-a512-80977deaface | Event Size | 284831901 |
| | | Complete | false |
| Destination | file:///video0/fc888587d41c4ec2a51280977deaface/series-1.json | Retention Period | 365 days |
| Destination Type | Transfer | | |
| Officer Name | Trevor Hammons | | |

## UPLOADED FILES

| Original | Hashcode Original |
|---|---|
| series-1.json | 35a8b60883c75b1bd832d517cda0479d |

⬇ **Downloaded**
To: /data/9d93110e/...

**12 Dec 2025**
2025-12-12T22:40:54.793

**System**

### DETAILS

| | | | |
|---|---|---|---|
| Event ID | 00:1d:96:2b:d6:7d-0013670312 | Start Time | 2025-12-12T22:01:23.000 |
| Source | file:///video0/fc888587d41c4ec2a51280977deaface/00_1d_96 | Stop Time | 2025-12-12T22:08:59.000 |

Case 5:26-cv-05007-DCF    Document 10-3    Filed 01/16/26    Page 32 of 33 PageID #: 120

|  |  |  |  |
|---|---|---|---|
|  | _2b_d6_7d-0013670312_metadata.json | Event Size | 284831649 |
| Event Key | fc888587-d41c-4ec2-a512-80977deaface | Complete | false |
|  |  | Retention Period | 365 days |
| Destination | /data/9d93110e/00_1d_96_2b_d6_7d-0013670312_metadata.json |  |  |
| Destination Type | Transfer |  |  |
| Officer Name | Trevor Hammons |  |  |

| Original | Hashcode Original |
|---|---|
| 00_1d_96_2b_d6_7d-0013670312_metadata.json | d15b383e0e3564eae588c32dedd98374 |

**Imported**
To: /video0/fc88858...    **12 Dec 2025**
2025-12-12T22:40:54.733    **EMAPI**

### DETAILS

|  |  |  |  |
|---|---|---|---|
| Event ID | 00:1d:96:2b:d6:7d-0013670312 | Officer Name | Trevor Hammons |
| Source | Device: BWL7-085068 | Start Time | 2025-12-12T22:01:23.000 |
| Source IP |  | Stop Time | 2025-12-12T22:08:59.000 |
| Source Type | EMAPI Import | Event Size | 284831649 |
| Event Key | fc888587-d41c-4ec2-a512-80977deaface | Complete | true |
|  |  | Retention Period | 365 days |
| Destination | /video0/fc888587d41c4ec2a51280977deaface |  |  |
| Destination Type | Final Storage |  |  |

**Created**
To: /video0/fc88858...

**12 Dec 2025**
2025-12-12T22:01:23

**EMAPI**

## DETAILS

| | | | |
|---|---|---|---|
| Event ID | 00:1d:96:2b:d6:7d-0013670312 | Officer Name | **Trevor Hammons** |
| Source | **Device: BWL7-085068** | Start Time | **2025-12-12T22:01:23.000** |
| Source IP | **192.168.50.115** | Stop Time | **2025-12-12T22:08:59.000** |
| Source Type | **EMAPI Import** | Event Size | **0** |
| Event Key | **fc888587-d41c-4ec2-a512-80977deaface** | Complete | **false** |
| | | Retention Period | **365 days** |
| Destination | **/video0/fc888587d41c4ec2a51280977deaface** | | |
| Destination Type | **Final Storage** | | |