# EXHIBIT

3

**EXHIBIT 3**                                                                **1 PAGE**

## Citation 1

Rev. 1 0 0

### ARKANSAS UNIFORM LAW ENFORCEMENT CITATION

**TONTITOWN PD**

| ARKANSAS, COUNTY OF | CITY | TICKET NUMBER |
|---|---|---|
| WASHINGTON | TONTITOWN | 0A0A2898833 |

Being duly sworn, deposes and says that he/she has reasonable cause to believe that the person herein named did, within the previous 12 months, commit the offense set forth contrary to law in that: on or about

Location: **ELM SPRINGS COURT**

| Date: 1/12/2026 | at approx time: 01.25 PM | Mile No. | | Section No. |
|---|---|---|---|---|

| First Name | Middle / Maiden | Last | Suffix |
|---|---|---|---|
| JARON | WADE | MCTEE | N/A |

**Address:** 156 RANALLI AVE

| City | State | Zip Code |
|---|---|---|
| SPRINGDALE | AR | 72762 |

| Driver's License Number | State Issued | DL in Possession | CDL ☐ DL ☑ | Under 18 Present? YES ☐ NO ☑ |
|---|---|---|---|---|
| 925341520 | AR | YES | | |

| Sex | Race | DOB | Height | Weight | Eyes | Hair |
|---|---|---|---|---|---|---|
| M | W | 7/21/1986 | 6'0" | 185 | BRO | BRN |

| Vehicle License Number | State | Body Type | Commercial Vehicle | Haz Mat |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |

| Vehicle Description (year, make, model, color) | VIN of Vehicle |
|---|---|
| N/A | N/A |

| Owner's Address | Contact Number for Court Purposes |
|---|---|
| N/A | N/A |

| Seatbelt In Use | Crash Involved | Headlights On | 16+ Passenger CV | Vehicle Search |
|---|---|---|---|---|
| N/A | NO | N/A | NO Passenger #: | No Search |

| Statute | Described | Points |
|---|---|---|
| 5-54-102 | OBSTRUCTING GOVERNMENTAL OPERATIONS | |
| 5-71-207 | DISORDERLY CONDUCT | |

| Speed Details | MPH | Speed Limit | BAC | N/A |
|---|---|---|---|---|

| Conditions | Other Traffic Present | Area | Highway Type | Type of Accident |
|---|---|---|---|---|

Arrest #

| Officer Name | TREYE COVINGTON | Officer ID | 511 |
|---|---|---|---|
| 2nd Officer Name | OFC DARRIN BENTLEY | 2ND Officer ID | 517 |

**Court Appearance Information**
WASHINGTON CO. D.C. ELM SPRINGS
289 JAYROE
SPRINGDALE, AR 72762
479-248-7323
Court Appearance Date and Time **02/18/2026   02:00 PM**

Defendant must appear in court at said time and place or otherwise comply with the provisions of this complaint and instructions of the NOTICE part of this ticket.

**NO SIGNATURE REQUIRED**
Pursuant to §27-50-603

**Released on Own Recognizance**

*(side margin: 0A0A2898833 JARON MCTEE Case:)*

## Citation 2

Rev. 1 0 0

### ARKANSAS UNIFORM LAW ENFORCEMENT CITATION

**TONTITOWN PD**

| ARKANSAS, COUNTY OF | CITY | TICKET NUMBER |
|---|---|---|
| WASHINGTON | TONTITOWN | 0A0A2898834 |

Being duly sworn, deposes and says that he/she has reasonable cause to believe that the person herein named did, within the previous 12 months, commit the offense set forth contrary to law in that: on or about

Location: **ELM SPRINGS COURT**

| Date: 1/12/2026 | at approx time: 01:25 PM | Mile No. | | Section No. |
|---|---|---|---|---|

| First Name | Middle / Maiden | Last | Suffix |
|---|---|---|---|
| STEPHANIE | FERNANDEZ | MCTEE | N/A |

**Address:** 504 S LAUREL AVE

| City | State | Zip Code |
|---|---|---|
| BROKEN ARROW | OK | 740123?00 |

| Driver's License Number | State Issued | DL in Possession | CDL ☐ DL ☑ | Under 18 Present? YES ☐ NO ☑ |
|---|---|---|---|---|
| A088138741 | OK | YES | | |

| Sex | Race | DOB | Height | Weight | Eyes | Hair |
|---|---|---|---|---|---|---|
| F | W | 10/28/2001 | 5'4" | 125 | BRO | N/A |

| Vehicle License Number | State | Body Type | Commercial Vehicle | Haz Mat |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |

| Vehicle Description (year, make, model, color) | VIN of Vehicle |
|---|---|
| N/A | N/A |

| Owner's Address | Contact Number for Court Purposes |
|---|---|
| N/A | N/A |

| Seatbelt In Use | Crash Involved | Headlights On | 16+ Passenger CV | Vehicle Search |
|---|---|---|---|---|
| N/A | NO | N/A | NO Passenger #: | No Search |

| Statute | Described | Points |
|---|---|---|
| 5-54-102 | OBSTRUCTING GOVERNMENTAL OPERATIONS | |
| 5-71-207 | DISORDERLY CONDUCT | |

| Speed Details | MPH | Speed Limit | BAC | N/A |
|---|---|---|---|---|

| Conditions | Other Traffic Present | Area | Highway Type | Type of Accident |
|---|---|---|---|---|

Arrest #

| Officer Name | TREYE COVINGTON | Officer ID | 511 |
|---|---|---|---|
| 2nd Officer Name | OFC DARRIN BENTLEY | 2ND Officer ID | 517 |

**Court Appearance Information**
WASHINGTON CO. D.C. ELM SPRINGS
289 JAYROE
SPRINGDALE, AR 72762
479-248-7323
Court Appearance Date and Time **02/18/2026   02:00 PM**

Defendant must appear in court at said time and place or otherwise comply with the provisions of this complaint and instructions of the NOTICE part of this ticket.

**NO SIGNATURE REQUIRED**
Pursuant to §27-50-603

**Released on Own Recognizance**

*(side margin: 0A0A2898834 STEPHANIE MCTEE Case:)*