# EXHIBIT

4a
4b
4c

**To:** Heather Owens <howens@arkansaslaw.com>; dbentley <dbentley@tontitownar.gov>
**Subject:** Re: 25-000497

How do you feel about obstruction?

Get Outlook for iOS

---

**From:** Trevor Hammons <thammons@tontitownar.gov>
**Sent:** Thursday, January 8, 2026 10:29:55 AM
**To:** Heather Owens <howens@arkansaslaw.com>; dbentley <dbentley@tontitownar.gov>
**Subject:** Re: 25-000497

No we do not. Maybe one day.

Get Outlook for iOS

---

**From:** Heather Owens <howens@arkansaslaw.com>
**Sent:** Thursday, January 8, 2026 10:17:17 AM
**To:** dbentley <dbentley@tontitownar.gov>
**Cc:** Trevor Hammons <thammons@tontitownar.gov>
**Subject:** Re: 25-000497

I really loathe these people, but I don't know that we can make endangering.

Does Tonti town have an ordinance regarding a juvenile curfew?

Heather

---

**From:** dbentley <dbentley@tontitownar.gov>
**Sent:** Thursday, January 1, 2026 4:19 AM
**To:** Heather Owens <howens@arkansaslaw.com>
**Cc:** Trevor Hammons <thammons@tontitownar.gov>
**Subject:** 25-000497

Good morning,

I have attached a report that we are wondering if we can pursue charges for obstruction and possibly endangering on.  At your request we can also provide body camera footage of the incident.

Again, any guidance is greatly appreciated.

Darrin Bentley
Tontitown Police Department

 Outlook

Fw: 25-000497

From Trevor Hammons <thammons@tontitownar.gov>
Date Tue 1/13/2026 11:47 AM
To    Leslee Shadrick <pdclerk@tontitownar.gov>

Get Outlook for iOS

From: Heather Owens <howens@arkansaslaw.com>
Sent: Friday, January 9, 2026 8:57:43 AM
To: Trevor Hammons <thammons@tontitownar.gov>
Cc: dbentley <dbentley@tontitownar.gov>
Subject: Re: 25-000497

They both need to be in jail, probably, but I'm fine with citations for Class C misdemeanors. If you don't want to go to their house, they are both scheduled to appear in district court on Monday.

Heather

From: Trevor Hammons <thammons@tontitownar.gov>
Sent: Thursday, January 8, 2026 5:58 PM
To: Heather Owens <howens@arkansaslaw.com>
Cc: dbentley <dbentley@tontitownar.gov>
Subject: Re: 25-000497

Do you just want citations issued or file for the warrant and take them to jail?

Get Outlook for iOS

From: Heather Owens <howens@arkansaslaw.com>
Sent: Thursday, January 8, 2026 12:59:04 PM
To: Trevor Hammons <thammons@tontitownar.gov>
Subject: Re: 25-000497

Write it for disorderly and obstruction. I was hoping to be able to tack on contributing, but I don't think we can make that either.

Heather

From: Trevor Hammons <thammons@tontitownar.gov>
Sent: Thursday, January 8, 2026 11:11 AM



**9:33** ◀ Phone    .ıl LTE 🔋

< ❶

**Heather Owens Pro... 〉**

iMessage
Wednesday 9:54 AM

In a meeting. What's up?

Did you get Bentleys email about obstruction and endangering?

Yes, I've got it. I will get back to you asap.

Okay. Thank you

Delivered

 Gmail

Flip Grass <flipgrassllc@gmail.com>

---

## Freedom of Information Act Form submitted on City of Tontitown, Arkansas

1 message

---

**City of Tontitown, Arkansas** <noreply@tontitown.com>                    Mon, Jan 12, 2026 at 9:35 PM
Reply-To: noreply@tontitown.com
To: flipgrassllc@gmail.com

Thank you for submitting a form on the City of Tontitown website! We will contact you if we need any further information.

INFORMATION SUBMITTED:

| | |
|---|---|
| **Name of Requester:** | Jaron McTee |
| **Street Address:** | 156 Ranalli ave<br>Tontitown, Arkansas 72762 |
| **Telephone:** | 4794269449 |
| **E-mail:** | flipgrassllc@gmail.com |
| **Records Requested: Please list, as clearly as possible, the name of the document(s), the type of document(s)\*, date of or date range of the document(s) and any other specifics you may have that will identify the records you seek.** | Office Covington hand delivering/serving Stephanie McTee and Jaron McTee citations at the Elm Springs court.<br>1/12/2026 from 1:00-2:00pm. Bodycam footage. Dashcam footage from printing the ticket. Any phone calls or conversations about the case with other officers, phone calls, prosecutor.<br>Citatations 0A0A2898833 & 0A0A2898834 . |
| **Would you like to inspect or receive copies of the requested records?** | Receive Copies |
| **In what form would you like to receive the copies of the records?** | Electronic |
| **Are you requesting a fee waiver?** | No |
| **Requestor Signature:** | |

 Gmail

Flip Grass <flipgrassllc@gmail.com>

## FOI Request Response
1 message

**Leslee Shadrick** <pdclerk@tontitownar.gov>
To: Flip Grass <flipgrassllc@gmail.com>

Tue, Jan 13, 2026 at 1:16 PM

Mr. McTee. I have received your FOI request. I was able to locate the bodycam footage and will be sending that over via cloud share momentarily. There is not any Dashcam footage of the officer printing out the tickets. Attached is a text message to the Prosecuting Attorney and an email thread. These are the only communications that we have regarding this incident. Phone conversations are not recorded. Thank you.

**Best regards,**



Ofc. Leslee Boock-Shadrick

Tontitown Police Dept.

Police Records Clerk

Phone 479-361-9168

Fax 479-231-3778

pdclerk@tontitownar.gov

235 E. Henri De Tonti

P.O Box 305

Tontitown, AR 72770

**12 attachments**



**Outlook-5syh2xyy.png**
37K



**Outlook-j1s5cbwp.png**
37K



**Outlook-l4cwxnhp.png**
37K



**Outlook-ebxldzyy.png**
37K



**Outlook-ixy4qq5x.png**
37K

 **FOI Email  - Jaron McTee 1-13-26.pdf**
405K

 **FOI Text Message - Jaron McTee 1-13-26.pdf**
162K