# EXHIBITs

7a

7b

## GIGLIO / BRADY NOTIFICATION

**DATE:** January 9, 2026

**TO:** Hon. Brandon Carter
Washington County Prosecuting Attorney
280 North College Avenue, Suite 300
Fayetteville, AR 72701

**FROM:**
Jaron and Stephanie McTee
156 Ranalli Ave.
Tontitown, AR 72762

**RE: OFFICIAL MISCONDUCT & CREDIBILITY DISCLOSURE OFFICERS:** Sgt. Trevor
Hammons (Badge T14) and Officer Diego Ibarra (Badge T19)
**AGENCY:** Tontitown Police Department
**INCIDENT:** 25-000497 (Dec 12, 2025)

**Dear Mr. Carter,**

We are writing to formally provide impeachment evidence regarding **Sgt. Trevor Hammons** and
**Officer Diego Ibarra** of the Tontitown Police Department. Under *Giglio v. United States* and
*Brady v. Maryland*, this information demonstrates a lack of candor and a willingness to falsify
official records, rendering these officers credibility risks in any criminal prosecution.

We have just filed a Federal Civil Rights lawsuit (*McTee v. Hammons et al.*) regarding their
conduct. We are in possession of the following documentary evidence which contradicts their
sworn reports:

**1. FALSIFICATION OF REPORT NARRATIVE (THE TIMELINE)** Officer Ibarra charged us with
"Obstructing Governmental Operations," claiming we interfered with an investigation. However,
**CAD Report #2025-070756** combined with Ibarra's own narrative proves this charge was
fabricated:

- **The Fact:** The CAD Report records "One Detained" (Use of Force) at **22:10:42**.
- **The Contradiction:** Officer Ibarra did not request to contact the victim to investigate the
  alleged crime until **22:12:14** (two minutes *after* the arrest).
- **Conclusion:** The officers arrested us for "Obstructing" an investigation that had not yet
  begun. They falsified the sequence of events to manufacture probable cause.

**2. EVIDENCE CONCEALMENT & SPOLIATION** Sgt. Hammons and the Department attempted
to suppress video evidence of the excessive force.

- In response to a FOIA request, the Department produced irrelevant files and stated in writing: *"I am confirming that I have sent you everything I have."*
- They withheld the specific 7-minute segment showing Sgt. Hammons' assault on Stephanie McTee.
- The Department only released the incriminating footage on **Jan 6, 2026**, *after* we emailed a screenshot proving the existence of the video. This demonstrates "Consciousness of Guilt" and a willingness to hide evidence from the public and the courts.

**3. SELF-DISPATCH & FALSE IMPLICATION** Sgt. Hammons acted as a "rogue" agent. The CAD Report confirms **Sgt. Hammons was never dispatched** to the scene; he inserted himself into a non-emergency juvenile call solely to escalate contact. His failure to document his self-initiated status implies he was acting under orders, which is false.

**4. RECIDIVISM (PATTERN OF MISCONDUCT)** Sgt. Hammons is a repeat offender. In September 2025, the City of Tontitown paid **$30,000** to settle *Sherland v. Tontitown*, a lawsuit involving Sgt. Hammons utilizing the exact same pretext ("Endangering Welfare of a Minor") to unlawfully enter a home.

Because these officers have demonstrated a pattern of falsifying reports, manufacturing probable cause, and concealing material evidence, we request that this letter and the attached Federal Complaint be added to their personnel files for disclosure to defense counsel in all matters where they appear as witnesses.

Sincerely,

**Stephanie & Jaron McTee**
**156 Ranalli Ave.**
**Tontitown, AR 72762**

 Gmail

Flip Grass <flipgrassllc@gmail.com>

## FOIA / Tontitown Giglio

2 messages

**Mckenna Mates** <mmates@washingtoncountyar.gov>
To: "flipgrassllc@gmail.com" <flipgrassllc@gmail.com>

Wed, Dec 17, 2025 at 4:23 PM

Hi Mr. McTee,

We are in receipt of your FOIA request.

We don't have a record of any individuals responsive to your request.

Best,

## McKenna K. Mates

Deputy Prosecuting Attorney

---

### 4th Judicial District Prosecuting Attorney's Office

280 N. College Avenue, Suite 301

Fayetteville, AR 72701

Office: (479) 444-1570

---

**Flip Grass** <flipgrassllc@gmail.com>
To: Mckenna Mates <mmates@washingtoncountyar.gov>

Wed, Dec 17, 2025 at 4:23 PM

Thank you for your response.
Happy Holidays!
[Quoted text hidden]