EXHIBIT

8a

8b

**DATE:** January 9, 2026

**VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED**

**TO:** City of Tontitown – Legal Department Attn: Mayor & Chief of Police 235 E. Henri De Tonti Blvd Tontitown, AR 72770

**RE: LITIGATION HOLD / PRESERVATION OF EVIDENCE CASE:** *McTee v. Hammons et al.*
**COURT:** U.S. District Court, Western District of Arkansas *CASE NO: 5:26-CV-05007*

**To Whom It May Concern:**

Please be advised that a Federal Civil Rights lawsuit has been filed against the City of Tontitown, Sgt. Trevor Hammons, Officer Diego Ibarra, Officer Bentley, and Chief Corey Jenison.

**YOU ARE HEREBY ON NOTICE** of your duty to preserve **all** physical and electronic evidence relevant to this matter. This obligation is immediate and absolute.

**EVIDENCE TO BE PRESERVED INCLUDES, BUT IS NOT LIMITED TO:**

1. **All Video/Audio:** Dash-cam, Body-cam, and booking room audio/video related to Incident 25-000497 (Dec 12, 2025). This specifically includes the metadata for all files.
2. **Communications:** All emails, text messages, internal memos, and dispatch logs (CAD) referencing "McTee," "156 Ranalli," "Hammons," or the incident date.
3. **Personnel Files:** The complete disciplinary and training records for Sgt. Hammons, Officer Ibarra, and Officer Bentley.
4. **Meta-Data:** You are specifically warned **NOT** to modify, overwrite, or delete metadata associated with the video files.

**WARNING REGARDING SPOLIATION:** We are already in possession of evidence suggesting the Department attempted to conceal video footage (see Email Chain dated Jan 5-7, 2026). Any further destruction, alteration, or "loss" of evidence after this date will be treated as intentional Spoliation of Evidence, and we will seek severe sanctions under the Federal Rules of Civil Procedure.

**GOVERN YOURSELVES ACCORDINGLY.**

Sincerely,

**The McTee Family**
**156 Ranalli Ave.**



## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*.

Fort Smith, AR 72901

Certified Mail Fee $5.30

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $10.00
☐ Return Receipt (electronic) $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required $0.00
☐ Adult Signature Restricted Delivery $0.00

Postmark Here

Postage $3.56

Total Postage and Fees $0.00

Sent To FT SMITH

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

01/07/2026

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions



## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*.

Springdale, AR 72770

Certified Mail Fee $5.30

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $4.40
☐ Return Receipt (electronic) $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required $0.00
☐ Adult Signature Restricted Delivery $0.00

Postmark Here JAN -9 2026

Postage $0.70

Total Postage and Fees $10.40

Sent To TOWNTOWN

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

01/07/2026

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions



**UNITED STATES POSTAL SERVICE.**

FAYETTEVILLE
12 W DICKSON ST
FAYETTEVILLE, AR 72701-9998
www.usps.com

01/09/2026                    03:39 PM

TRACKING NUMBERS
9589 0710 5270 2815 3210 49
9589 0710 5270 2815 3210 63

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)

TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| NCardinal#10R Env | 1 | $1.01 | $1.01 |
| First-Class Mail® Letter | 1 | | $0.78 |

Springdale, AR 72762
Weight: 0 lb 0.40 oz
Estimated Delivery Date
Mon 01/12/2026
Certified Mail®
Tracking #: $5.30
9589 0710 5270 2815 3210 49
Return Receipt $4.40
Tracking #:
9590 9402 6709 1060 9720 58
Affixed Postage -$0.78
Affixed Amount: $0.78
Total $9.70

| Mailer 10.5 x 16 | 1 | $1.89 | $1.89 |
| First-Class Mail® Large Envelope | 1 | | $3.56 |

Fort Smith, AR 72901
Weight: 0 lb 7.40 oz
Estimated Delivery Date
Mon 01/12/2026
Certified Mail®
Tracking #: $5.30
9589 0710 5270 2815 3210 63
Total $8.86

Grand Total: $21.46

Debit Card Remit $21.46
Card Name: VISA
Account #: XXXXXXXXXXXXX8401
Approval #: 882807
Transaction #: 759
Receipt #: 081844
Debit Card Purchase: $21.46
AID: A0000000980840
AL: US Debit
PIN: verified