# EXHIBIT

10

City of Tontitown

November 2025

Organizational Chart



## RESOLUTION NO. 2025-

## CITY OF TONTITOWN, WASHINGTON COUNTY, ARKANSAS

## A RESOLUTION TO APPROVE AND ADOPT AN AMENDED ORGANIZATIONAL CHART FOR THE CITY OF TONTITOWN, ARKANSAS.

**WHEREAS,** the City of Tontitown previously adopted an organizational chart to reflect the structure of the departments, employees, and officials within the City; and

**WHEREAS,** the City of Tontitown now finds it necessary to amend the organizational chart for the purpose of updating the structure of the departments, employees, and officials within the City, as reflected in the attached Exhibit "A"; and

**WHEREAS,** the City Council has determined that it is in the best interest and benefit of the community to approve and adopt the amended organizational chart, attached hereto as Exhibit "A", for the City of Tontitown.

**NOW, THEREFORE, BE IT RESOLVED,** by the City Council of the City of Tontitown, Arkansas:

**Section 1.**     The City Council hereby approves and adopts the amended organizational chart, attached hereto as Exhibit "A", for the City of Tontitown.

**PASSED AND APPROVED** this ____ day of November 2025.

APPROVED:

_____

Angela Russell, Mayor

ATTEST:

_____

Rhonda Ardemagni, City Clerk-Treasurer
(SEAL)