# EXHIBIT

11

Case 5:26-cv-05007-DCF     Document 10-12     Filed 01/16/26     Page 1 of 4 PageID #: 160

 Gmail                                                **Flip Grass <flipgrassllc@gmail.com>**

---

## Fwd: Your receipt from Dauntless Psychiatry
1 message

**stephanie** <smctee0105@gmail.com>                                      Fri, Jan 16, 2026 at 10:29 AM
To: "flipgrassllc@gmail.com" <flipgrassllc@gmail.com>

---------- Forwarded message ---------
From: **Tebra Patient Portal** <noreply@tebra.com>
Date: Wed, Jan 7, 2026 at 1:05 PM
Subject: Your receipt from Dauntless Psychiatry
To: <smctee0105@gmail.com>

# Dauntless Psychiatry

## Thank you for your payment!

**Confirmation #** ch_3Sn231H5B1WhFtu61yWCw7VA
**Processed on**  01/07/2026

| | |
|---|---|
| **Paid by** | STEPHANIE MCTEE |
| **Amount** | $140.00 |
| **Method** | Credit Card |
| **Card #** | xxxx xxxx xxxx 3452 |

You are receiving this message because smctee0105@gmail.com is a patient with Dauntless Psychiatry.

# EXHIBIT

12

# 🖻 Payment Info

Dec 30, 2025 at 1:48 PM CST

JARON W MCTEE's **VISA** ending in XXXXXXXXXXX8401

## $135.00

This payment appeared on your credit card statement as **NW Wedington**.

**Paid to:**

NW Wedington
3399 Black Forest Dr.
FAYETTEVILLE, AR 72704-6541
Phone: (479) 757-5056

**Transaction Details:**

Transaction Type: Payment

Transaction Identifier: 345364712923817

Transaction Approval Code: 459595

Record Number: 1938591

Trace Number: 527541

# ⚕ Payment Applied To:

### Jaron McTee's visit with Larry Coker, MD on Dec 30, 2025

**Service Details**

Office/outpatient Visit Est
Procedure Code: 99213

Total Cost: $104.16

### Jaron McTee's visit with on

**Service Details**
For privacy reasons, charges related to other patients cannot be displayed.

Total Cost: $30.84

## Total Paid: $135.00