IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

STEPHANIE MCTEE,
JARON MCTEE, and
o/b/o J.M., a minor                                                    PLAINTIFFS


     v.                                   CIVIL NO. 5:26-cv-05007


SGT. TREVOR HAMMONS,
OFFICER DIEGO IBARRA,
OFFICER DARRIN BENTLEY,
CHIEF CORY JENISON, and
CITY OF TONTITOWN, ARKANSAS                                           DEFENDANTS

**O R D E R**

On January 9, 2026, Plaintiffs filed a Motion to Proceed *in forma pauperis* and a Motion

for Service. (ECF No. 3). After review, it is found that Plaintiffs are unable to pay for the costs of

commencement of suit and, accordingly, the following order is entered this 6th day of February

2026:

IT IS HEREBY ORDERED that Plaintiffs' motion for leave to proceed in forma pauperis

is **GRANTED**. (ECF No. 3). Plaintiffs' motion for service is **DEFERRED** pending screening

pursuant to 28 U.S.C. § 1915(e)(2)(b). (ECF No. 3).

IT IS SO ORDERED this 6th day of February 2026.

/s/ *Christy Comstock*
HON. CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE