US DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FILED

FEB 06 2026

Ronald E. Dowling
By_____
Deputy Clerk

### IN THE UNITED STATES DISTRICT COURT

### WESTERN DISTRICT OF ARKANSAS

### FAYETTEVILLE DIVISION

**STEPHANIE MCTEE; and JARON MCTEE**

**PLAINTIFFS**

v.                               **CASE NO. 5:26-cv-05007-TLB**

**SGT. TREVOR HAMMONS,**

**OFFICER DIEGO IBARRA,**

**OFFICER DARRIN BENTLEY,**

**CHIEF COREY JENISON, and**

**CITY OF TONTITOWN, ARKANSAS**

### PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs Stephanie and Jaron McTee, proceeding *pro se*, move this Court pursuant to Federal

Rule of Civil Procedure 65 for a Preliminary Injunction. Plaintiffs request that this Court restrain

Defendants from further retaliatory acts and non-official contact during the pendency of this

litigation to prevent irreparable harm to Plaintiffs' constitutional rights.

**1.** Plaintiffs reside at 156 Ranalli Ave., Tontitown, Arkansas, which is located

approximately 1,000 feet from Tontitown City Hall and the Tontitown Police Department. This

proximity, combined with the Defendants' documented history of aggressive interdiction, creates

an imminent and ongoing threat of harassment and unconstitutional surveillance.

156 Ranalli Ave.
Tontitown, AR 72762
(479) 426-9449
FlipgrassLLC@gmail.com

**2.** On January 12, 2026, exactly 72 hours after the filing of this federal action, the Defendants served Plaintiffs with retaliatory criminal citations. This adverse action demonstrates that Defendants are utilizing their law enforcement authority to chill Plaintiffs' First Amendment right to petition the government for redress.

**3.** Plaintiffs respectfully request that the Court enter an Order providing the following relief until this case is resolved:

A. Defendants and their agents shall be restrained from any non-official, non-emergency contact with Plaintiffs.

B. Defendants shall be strictly prohibited from taking further adverse law enforcement actions against Plaintiffs in retaliation for the prosecution of this lawsuit.

**4.** This Motion is supported by the accompanying **Brief in Support for Preliminary Injunction** and the **Notice of Supplemental Exhibits**, which establish a strong likelihood of success on the merits and the presence of irreparable harm.

**WHEREFORE,** Plaintiffs respectfully request that this Court grant this Motion and enter the requested Preliminary Injunction.

**Respectfully submitted,**

_____
Jaron McTee, *Pro Se*

_____
Stephanie McTee, *Pro Se*

156 Ranalli Ave.
Tontitown, AR 72762
(479) 426-9449
FlipgrassLLC@gmail.com