IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF ARKANSAS

FAYETTEVILLE DIVISION

STEPHANIE MCTEE; and JARON MCTEE
PLAINTIFFS

v.                                    CASE NO. 5:26-cv-05007-TLB

SGT. TREVOR HAMMONS,
OFFICER DIEGO IBARRA,
OFFICER DARRIN BENTLEY,
CHIEF COREY JENISON, and
CITY OF TONTITOWN, ARKANSAS

## NOTICE OF FILING SUPPLEMENTAL EXHIBITS IN SUPPORT

## OF PRELIMINARY INJUNCTION

Plaintiffs hereby give notice of filing the following exhibits, which provide objective evidence of the municipal liability claims set forth in the First Amended Complaint:

- **Exhibit 13:** Tontitown Police Monthly Report, December 2025 (5,423 Training Hours)

- **Exhibit 14:** Tontitown Police Monthly Report, June 2025 (1,014 Training Hours)

- **Exhibit 15:** City of Tontitown 2025 General Statement of Revenue and Expenditures (Showing $15,788.29 "Meetings Travel Training" polic department budget).

156 Ranalli Ave.
Tontitown, AR 72762
(479) 426-9449
FlipgrassLLC@gmail.com

These records reveal a significant discrepancy between the City's public reporting, its attention

to data in council meetings, and its actual investment in officer training, which supports the

Plaintiffs' claims of deliberate indifference and administrative fraud.

**Respectfully submitted,**

Jaron McTee, *Pro Se*

Stephanie McTee, *Pro Se*

156 Ranalli Ave.
Tontitown, AR 72762
(479) 426-9449
FlipgrassLLC@gmail.com

# EXHIBIT

13



## *Tontitown Police Monthly Report*
### Month: December 2025

Calls for Service – 1085

Accident Reports – 21

Warrants Served – 57
Warrants Outstanding - 1429
Warrants Amount - $ 1,768,114.91

Training Hours (YTD) – 5,423
Citation Total - 155
Speeding Citations -25
(Other) Traffic Citations - 109
Criminal Citations – 7
Improper Driving (City Ordinance) - 39

Warning Total - 736
Speeding Warnings – 257
(Other) Traffic Warnings – 479

# EXHIBIT

14



## *Tontitown Police Monthly Report*
### **Month: June 2025**

Calls for Service – 743

Accident Reports – 18

Warrants Served – 78
Warrants Outstanding - 1339
Warrants Amount - $ 1,671,126.16

Training Hours (YTD) – 1014
Citation Total - 112
Speeding Citations - 7
(Other) Traffic Citations - 92
Criminal Citations – 13
Improper Driving (City Ordinance) - 37

Warning Total - 387
Speeding Warnings – 154
(Other) Traffic Warnings – 233

# EXHIBIT

15

1/8/2026
12:32 PM

## City Of Tontitown

## City General Fund

## City General Statement of Revenue and Expenditures

| Acct | | Current Period Dec 2025 Dec 2025 Actual | Year-To-Date Jan 2025 Dec 2025 Actual | Annual Budget Jan 2025 Dec 2025 | Jan 2025 Dec 2025 Percent of Budget | Prior Year-To-Date Jan 2024 Dec 2024 Actual |
|---|---|---|---|---|---|---|
| **Revenue & Expenditures** | | | | | | |
| **Revenue** | | | | | | |
| **General Dept** | | | | | | |
| **Revenue** | | | | | | |
| 4040 | Business License | 255.00 | 32,956.95 | 30,000.00 | 109.9% | 30,631.40 |
| 4057 | Convenience Fee Income | 14.85 | 514.25 | 0.00 | 0.0% | 451.60 |
| 4110 | Donations | | 0.00 | 0.00 | 0.0% | 15,079.95 |
| 4363 | Event Income | | 2,350.00 | 0.00 | 0.0% | 13,653.67 |
| 4586 | Fire Donations | | 1,000.00 | 1,000.00 | 100.0% | 1,950.00 |
| 4084 | Fire Grant-Fireshouse Subs | | 0.00 | 0.00 | 0.0% | 24,000.96 |
| 4085 | Fire-Grant | | 0.00 | 0.00 | 0.0% | 30,678.80 |
| 4000 | Franchise Tax Income | 2,549.43 | 553,384.93 | 500,000.00 | 110.7% | 562,015.07 |
| 4010 | Hosting Fees | | 271,041.25 | 280,000.00 | 96.8% | 272,681.38 |
| 4595 | Insurance Claims | | 587,599.07 | 0.00 | 0.0% | 87,181.92 |
| 4650 | Interest Income | 17,666.63 | 203,526.19 | 150,000.00 | 135.7% | 195,770.76 |
| 4651 | Interest Income 2022A&B | 2,944.32 | 32,665.52 | 50,000.00 | 65.3% | 51,907.04 |
| 4020 | Miscellaneous Income | | 160,274.64 | 0.00 | 0.0% | 60.50 |
| 4082 | Museum Grants | | 0.00 | 0.00 | 0.0% | 3,328.26 |
| 4100 | Museum Income | 2,058.55 | 17,105.73 | 10,000.00 | 171.1% | 14,706.22 |
| 4185 | Park and Trail Development | | 51,280.03 | 0.00 | 0.0% | |
| 4180 | Park Income | | 3,210.00 | 0.00 | 0.0% | 3,245.00 |
| 4200 | Permits-Income | 15,130.02 | 232,033.29 | 450,000.00 | 51.6% | 428,287.82 |
| 4542 | Police Donations | | 8,500.00 | 8,000.00 | 106.3% | 8,500.00 |
| 4544 | Police Events | | 0.00 | 0.00 | 0.0% | 2,500.00 |
| 4080 | Police Grant | | 58,455.14 | 70,000.00 | 83.5% | 43,399.56 |
| 4540 | Police Income | 22,479.00 | 302,453.21 | 320,000.00 | 94.5% | 282,620.09 |
| 4560 | Property Tax | 56,120.99 | 961,646.41 | 800,000.00 | 120.2% | 875,502.95 |
| 4570 | Sales Tax- County SUT | 102,853.61 | 1,222,583.72 | 1,150,000.00 | 106.3% | 1,153,129.18 |
| 4580 | Sales Tax-City 1% SUTax | 139,508.94 | 1,643,532.72 | 1,500,000.00 | 109.6% | 1,519,402.47 |
| 4645 | State Turnback-Cty & Muni A | 4,402.82 | 63,904.62 | 65,000.00 | 98.3% | 63,962.03 |
| | **General Dept Totals** | **$365,984.16** | **$6,410,017.67** | **$5,384,000.00** | | **$5,684,646.63** |
| | **Revenue** | **$365,984.16** | **$6,410,017.67** | **$5,384,000.00** | | **$5,684,646.63** |
| | **Gross Profit** | **$365,984.16** | **$6,410,017.67** | **$5,384,000.00** | | **$5,684,646.63** |

1/8/2026
12:32 PM

## City Of Tontitown

## City General Fund

## City General Statement of Revenue and Expenditures

| Acct | | Current Period Dec 2025 Dec 2025 Actual | Year-To-Date Jan 2025 Dec 2025 Actual | Annual Budget Jan 2025 Dec 2025 | Jan 2025 Dec 2025 Percent of Budget | Prior Year-To-Date Jan 2024 Dec 2024 Actual |
|---|---|---|---|---|---|---|
| **Revenue & Expenditures** | | | | | | |
| **Expenses** | | | | | | |
| **Police Dept** | | | | | | |
| **Capital Purchase Expense** | | | | | | |
| 5050 | Fixed Assets Purchases | | 140,236.17 | 65,500.00 | 214.1% | 140,548.81 |
| 5053 | Fixed Assets-Non Budget Appr | | 0.00 | 0.00 | 0.0% | 50,340.00 |
| **Other Expense** | | | | | | |
| 5025 | Automobile Expense | 14,121.41 | 100,997.60 | 70,000.00 | 144.3% | 107,145.75 |
| 5030 | Bank Service Charges | | 45.00 | 0.00 | 0.0% | |
| 5281 | Building Repairs | | 209.96 | 1,500.00 | 14.0% | 2,879.48 |
| 5028 | CID Expense | 447.08 | 2,329.74 | 8,000.00 | 29.1% | 1,447.00 |
| 5035 | Computer_Hardware-Software | 1,768.01 | 3,019.87 | 25,000.00 | 12.1% | 6,142.56 |
| 5590 | Contracts | 5,317.18 | 157,634.68 | 110,000.00 | 143.3% | 134,156.23 |
| 5027 | Court Clerk Expense | | 84,186.38 | 70,000.00 | 120.3% | 69,400.31 |
| 5040 | Dues and Subscriptions | 14,762.36 | 49,356.13 | 30,000.00 | 164.5% | 38,979.02 |
| 5370 | Engineering | | 1,125.00 | 0.00 | 0.0% | |
| 5047 | Fuel | 5,840.72 | 78,333.81 | 85,000.00 | 92.2% | 88,948.76 |
| 5150 | Insurance, Vehicles & | 13,134.22 | 106,296.56 | 40,000.00 | 265.7% | 56,207.19 |
| 5596 | K-9 Animal Expense | | 6,980.84 | 5,000.00 | 139.6% | 606.33 |
| 5380 | Legal Fees | | 27,434.68 | 20,000.00 | 137.2% | |
| 5651 | Loan Prin-Int Pmt | | 8,050.63 | 12,000.00 | 67.1% | 12,131.26 |
| 5060 | Materials and Supplies | 18,787.36 | 29,615.93 | 20,000.00 | 148.1% | 19,703.05 |
| 5341 | Meetings Training and Travel | 156.33 | 15,788.29 | 15,000.00 | 105.3% | 14,592.18 |
| 5090 | Office Expenses | 55.47 | 4,887.81 | 5,000.00 | 97.8% | 5,146.50 |
| 5630 | Payroll w/Benefits | 163,704.81 | 1,666,233.13 | 1,750,000.00 | 95.2% | 1,644,952.71 |
| 5633 | Payroll-AML Workers Comp | | 24,422.77 | 25,000.00 | 97.7% | 17,188.28 |
| 5543 | Police Event Expense | | 0.00 | 0.00 | 0.0% | 2,500.00 |
| 5350 | Professional Fees | 120.00 | 2,198.00 | 9,000.00 | 24.4% | 10,261.00 |
| 5420 | Repairs & Maintenance | 553.11 | 4,990.20 | 2,500.00 | 199.6% | 3,304.08 |
| 5597 | Uniform Expense | 3,557.08 | 34,094.93 | 20,000.00 | 170.5% | 20,613.81 |
| 5500 | Utilities | 4,820.59 | 33,126.29 | 35,000.00 | 94.6% | 35,174.63 |
| 5562 | Washington County Inmates | | 3,498.58 | 10,000.00 | 35.0% | 3,498.58 |
| | **Police Dept Totals** | $247,145.73 | $2,585,092.98 | $2,433,500.00 | | $2,485,867.52 |
| | **Expenses** | $596,820.07 | $5,513,896.38 | $5,238,225.00 | | $5,113,128.92 |