IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

STEPHANIE MCTEE;
JARON MCTEE; and
o/b/o J.M., a minor                                                    PLAINTIFFS

     v.                            CIVIL NO. 5:26-cv-05007

SGT. TREVOR HAMMONS;
OFFICER DIEGO IBARRA;
OFFICER DARRIN BENTLEY;
CHIEF CORY JENISON; and
CITY OF TONTITOWN, ARKANSAS                                            DEFENDANTS


## O R D E R

Plaintiffs filed a complaint pursuant to 42 U.S.C. §1983. (ECF No. 2). Plaintiffs filed a

Motion to File Amended and Supplement Complaint on January 14, 2026, which was granted.

(ECF Nos. 7, 8).  Plaintiffs filed their Amended Complaint on January 16, 2026. (ECF No. 10).

Before the undersigned is Plaintiffs Motion for Service upon the named Defendants. (ECF No. 3).

Plaintiff's application to proceed IFP is hereby granted.

Having reviewed the Complaint, the Court finds that service is appropriate and hereby

directs the United States Marshal to serve Defendants with a copy of the Amended Complaint and

this Order. (ECF No. 10).  The Clerk is directed to prepare and issue summons and a USM 285.

Defendants may be served at:

Tontitown Police Department
PO Box 305
Tontitown, AR 72770

Mayor Angela Russel
PO Box 305
Tontitown, AR 72770

City Attorney Tyler Farrar
7000 Chad Colley Blvd.
Fort Smith, AR 72916

Defendants may be served by certified mail with a return receipt requested. Defendants are to be served without prepayment of fees and costs or security therefor.

**Defendants are ordered to Answer within twenty-one (21) days from the date of service.** Plaintiff will have twenty-one (21) days to reply thereafter.

IT IS SO ORDERED this 16th day of March 2026.

/s/ *Christy Comstock*
HON. CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE