**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Stepahnie McTee, et al | 5:26-cv-5007 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Sgt. Trevor Hammons, et al | Amend Comp/Order/Summons |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

CHIEF CORY JENISON

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Tontitown Police Department PO Box 305 Tontitown, AR 72770

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

| | |
|---|---|
| John Paul Hammerschmidt Federal Building 35 East Mountain Street, Room 510 Fayetteville, Arkansas 72701-5354 | Number of process to be served with this Form 285: 3 |
| | Number of parties to be served in this case: 1 |
| | Check for service on U.S.A. |

**RECEIVED**
MAR 18 2026
U.S. MARSHALS W/AR

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

| Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 479-521-6980 | DATE 03/16/2026 |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process 4 6 | District of Origin No. 10 | District to Serve No. 10 | Signature of Authorized USMS Deputy or Clerk *Lisa Smith* | Date 3/18/26 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date 3/23/26 | Time | ☐ am ☐ pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy *Gary Grimes* | | |

| Service Fee 8 00 | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges 8 00 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS

Certified mail
9589 0910 5270 2632 0437 42

Form USM-285
Rev. 11/18



**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CHIEF CORY JENISON
TONTITOWN POLICE DEPT
PO BOX 305
TONTITOWN AR 72770

9590 9402 9632 5121 6328 44

2. Article Number *(Transfer from service label)*

1589 0710 5270 2632 0437 42

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X                    ☒ Agent
                     ☐ Addressee

B. Received by *(Printed Name)*      C. Date of Delivery

PATRICK PIANALTO      3-23-26

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053      Domestic Return Receipt



**USPS TRACKING #**

9590 9402 9632 5121 6328 44

**United States
Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

US MARSHALS SERVICE
30 SOUTH 6TH ST ROOM 243
FORT SMITH AR 72901

26-5007

**U.S. Department of Justice**
United States Marshals Service

## PROCESS RECEIPT AND RETURN
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Stepahnie McTee, et al | 5:26-cv-5007 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Sgt. Trevor Hammons, et al | Amend Comp/Order/Summons |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
City Attorney Tyler Farrar

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
7000 Chad Colley Blvd. Fort Smith, AR 72916

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

John Paul Hammerschmidt Federal Building
35 East Mountain Street, Room 510
Fayetteville, Arkansas 72701-5354

| | |
|---|---|
| Number of process to be served with this Form 285 | 3 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

**RECEIVED**
**MAR 18 2026**
**U.S. MARSHALS W/AR**

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 479-521-6980 | DATE 03/16/2026 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process 6 | District of Origin No. 10 | District to Serve No. 10 | Signature of Authorized USMS Deputy or Clerk *Lisa Smith* | Date 3/18/26 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date 3/23/26 | Time | ☐ am ☐ pm |
|---|---|---|---|

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy *Gary Grimes* |
|---|---|

| Service Fee 8.00 | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges 8.00 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS
Certified Mail
9589 0710 5270 2632 0437 28

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CITY ATTORNEY
TYLER FARRAR
7000 CHAD COLLEY BLVD
FORT SMITH AR 72916

9590 9402 9632 5121 6328 68

2. Article Number (Transfer from service label)
9589 0710 5270 2632 0437 28

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _(signature)_
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Villa Blesorm

Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt



**U.S. Department of Justice**
United States Marshals Service

## PROCESS RECEIPT AND RETURN
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Stepahnie McTee, et al | 5:26-cv-5007 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Sgt. Trevor Hammons, et al | Amend Comp/Order/Summons |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
CITY OF TONTITOWN, ARKANSAS c/o Mayor Angela Russel

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
PO Box 305 Tontitown, AR 72770

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| John Paul Hammerschmidt Federal Building 35 East Mountain Street, Room 510 Fayetteville, Arkansas 72701-5354 | Number of process to be served with this Form 285    3 |
| | Number of parties to be served in this case    1 |
| | Check for service on U.S.A. |

RECEIVED
MAR 18 2026
U.S. MARSHAL SERVICE WAR

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses,*
*All Telephone Numbers, and Estimated Times Available for Service*):

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 479-521-6980 | DATE 03/16/2026 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (*Sign only for USM 285 if more than one USM 285 is submitted*) | Total Process 5/6 | District of Origin No. 10 | District to Serve No. 10 | Signature of Authorized USMS Deputy or Clerk  *Lisa Smith* | Date 3/18/26 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | Date 3/23/26 | Time | ☐ am ☐ pm |
|---|---|---|---|

| Address (*complete only different than shown above*) | Signature of U.S. Marshal or Deputy  *Gary Grimes* |
|---|---|

| Service Fee 8 | Total Mileage Charges (*including endeavors*) | Forwarding Fee | Total Charges 8 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS

Certified mail

9589 0710 5270 2632 0437 35

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MAYOR ANGELA RUSSEL
CITY OF TONTITOWN
PO BOX 305
TONTITOWN AR 72770

9590 9402 9632 5121 6328 51

9589 0710 5270 2632 0437 35

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-1U

USPS TRACKING #

9590 9402 9632 5121 6328 51

United States
Postal Service

• Sender: Please print your name, address ...

US MARSHALS SERVICE
30 SOUTH 6TH ST ROOM 243
FORT SMITH AR 72901

26-5007

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Stepahnie McTee, et al | 5:26-cv-5007 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Sgt. Trevor Hammons, et al | Amend Comp/Order/Summons |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
OFFICER DIEGO IBARRA

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Tontitown Police Department PO Box 305 Tontitown, AR 72770

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| John Paul Hammerschmidt Federal Building<br>35 East Mountain Street, Room 510<br>Fayetteville, Arkansas 72701-5354 | Number of process to be served with this Form 285: 3 |
| | Number of parties to be served in this case: 1 |
| | Check for service on U.S.A. |

RECEIVED
MAR 18 2026
U.S. MARSHALS W/AR

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>479-521-6980 | DATE<br>03/16/2026 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>2/6 | District of Origin<br>No. 10 | District to Serve<br>No. 10 | Signature of Authorized USMS Deputy or Clerk<br>*Else Smith* | Date<br>3/18/26 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date<br>3/23/26 | Time | ☐ am<br>☐ pm |
|---|---|---|---|
| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy<br>*Gary Grimes* | | |

| Service Fee<br>8ᵘ | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges<br>8ᵘ | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS
Certified mail
7021 1970 0001 2845 7341

Form USM-285
Rev. 11/18



**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

OFFICER DIEGO IBARRA
TONTITOWN POLICE DEPT
PO BOX 305
TONTITOWN AR 72770

9590 9402 9632 5121 6328 20

2. Article Number (Transfer from service label)
7021 1970 0001 2845 7341

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____  ☒ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Patrick Brantley   3-28-26

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below:   ☐ No

Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt



**USPS TRACKING #**

9590 9402 9632 5121 6328 20

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

US MARSHALS SERVICE
30 SOUTH 6TH ST ROOM 243
FORT SMITH AR 72901

265007

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Stepahnie McTee, et al | 5:26-cv-5007 |
| DEFENDANT | TYPE OF PROCESS |
| Sgt. Trevor Hammons, et al | Amend Comp/Order/Summons |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

SGT. TREVOR HAMMONS

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Tontitown Police Department PO Box 305 Tontitown, AR 72770

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| John Paul Hammerschmidt Federal Building 35 East Mountain Street, Room 510 Fayetteville, Arkansas 72701-5354 | Number of process to be served with this Form 285   3 |
| | Number of parties to be served in this case   1 |
| | Check for service on U.S.A. |

RECEIVED
MAR 18 2026
U.S. MARSHALS WAR

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 479-521-6980 | DATE 03/16/2026 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process 1/6 | District of Origin No. 10 | District to Serve No. 10 | Signature of Authorized USMS Deputy or Clerk *Lisa Smith* | Date 3/18/26 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date 3/23/26 | Time | ☐ am ☐ pm |
|---|---|---|---|
| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy *Gary Grimes* | | |

| Service Fee 8⁰⁰ | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges 8⁰² | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS
Certified mail
9589 0710 5270 2632 0437 11

Form USM-285
Rev. 11/18

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SGT TREVOR HAMMONS
TONTITOWN POLICE DEPT
PO BOX 305
TONTITOWN AR 72770

|||||||||| (barcode)

9590 9402 9632 5121 6328 75

2. Article Number (Transfer from

9589 0710 5270 2632 0437 11

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____    ☒ Agent
                      ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

Patrick Pianalto    3-23-26

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

USPS TRACKING #

9590 9402 5121 6328 75

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

US MARSHALS SERVICE
30 SOUTH 6TH ST ROOM 243
FORT SMITH AR 72901

26-5007