**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Stepahnie McTee, et al | 5:26-cv-5007 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Sgt. Trevor Hammons, et al | Amend Comp/Order/Summons |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

OFFICER DARRIN BENTLEY

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Tontitown Police Department PO Box 305 Tontitown, AR 72770

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

John Paul Hammerschmidt Federal Building
35 East Mountain Street, Room 510
Fayetteville, Arkansas 72701-5354

| | |
|---|---|
| Number of process to be served with this Form 285 | 3 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

**RECEIVED**
MAR 18 2026
U.S. MARSHALS W/AR

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT

| TELEPHONE NUMBER | DATE |
|---|---|
| 479-521-6980 | 03/16/2026 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*

| Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 3/6 | No. 10 | No. 10 | Lise Smith | 3/18/26 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | ☐ am ☐ pm |
|---|---|---|---|
| | 3/23/20 | | |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | Gary Grimes |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 800 | | | 800 | | |

REMARKS Certified mail 9589 0710 5270 2632 0437 59

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18

**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

OFFICER DARRIN BENTLEY
TONTITOWN POLICE DEPT
PO BOX 305
TONTITOWN AR 72770



9590 9402 9632 5121 6328 37

2. Article Number (Tr

9589 071

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____   ☒ Agent
                       ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Patrick Bonato              3-23-20

D. Is delivery address different from item 1?  ☐ Yes
YES, enter delivery address below:            ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation

PS Form 3811, Ju

pt

USPS TRACKING #

9590 9402 9632 5121 6328 37

**United States
Postal Service**



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

## US MARSHALS SERVICE
## 30 SOUTH 6TH ST ROOM 243
## FORT SMITH AR 72901

26·50 03/25

