(Rev. 12/1/2018)

AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Western  District of  Arkansas

Stephanie McTee and Jaron McTee

|  |  |
|---|---|
| *Plaintiff*<br>v.<br>Sgt. Trevor Hammons, et al<br><br><br><br>*Defendant* | )  Case No.  5:26CV5007DCF<br>)<br>)<br>)<br>) |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

  I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
  Sgt. Trevor Hammons; Officer Diego Ibarra; Officer Darrin Bentley; Chief Corey Jenison, each in
  their official and individual capacities; and the City of Tontitown, Arkansas.

                                                                                                              .

Date:  April 7, 2026

Sara Monaghan, AR Bar No. 2005276
*Attorney's printed name and bar number*

P.O. Box 38 North Little Rock, AR 72115
*Address*

smonaghan@arml.org
*E-mail address*

501-978-6122
*Telephone number*

501-537-7262
*FAX number*