**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**STEPHANIE McTEE AND JARON**
**McTEE**                                                                                    **PLAINTIFFS**

**V.**                                    **CASE NO. 5:26cv5007DCF**

**SGT. TREVOR HAMMONS; OFFICER DIEGO**
**IBARRA; OFFICER DARRIN BENTLEY; CHIEF**
**COREY JENISON; each in their official and**
**Individual capacities; and the CITY OF**
**TONTITOWN**                                                              **DEFENDANTS**

### DEFENDANTS' MOTION FOR EXTENSION OF TIME
### TO FILE RESPONSIVE PLEADING

COME NOW, Defendants herein, by and through counsel, and for their Motion for Extension of Time to File Responsive Pleading, state:

1.      Plaintiffs filed an Amended Complaint on January 16, 2026 [ECF 10].

2.      Defendants were served with the Amended Complaint on March 23, 2026, making their responsive pleading due April 13, 2026.

3.      Undersigned counsel was just assigned this case on April 3, 2026.

4.      Undersigned counsel is leaving for an International Municipal Lawyers Association ("IMLA") conference in Washington DC and will not return until Tuesday, April 14, 2026.

5.      Upon her return, undersigned counsel will need to meet and confer with the Defendants and gather information in order to adequately file a responsive pleading.

6.      Therefore, Defendants request a two-week extension until April 27, 2026, to file their responsive pleading.

7.      Undersigned counsel has contacted Plaintiffs regarding this motion, and they do have an objection.

8.      No undue delay or inconvenience will be experienced by the granting of this request, and none of the parties will be prejudiced if this Motion is granted.

WHEREFORE, Defendants herein request the Court grant their Motion for Extension of Time to File a Responsive Pleading, and for all other just and proper relief.

Respectfully submitted,

BY:     Sara Monaghan_____
        SARA MONAGHAN, Ark. Bar No. 2005276
        Attorney for Defendants
        P.O. Box 38
        North Little Rock, AR 72115
        TELEPHONE: 501-978-6118
        FACSIMILE: 501-537-7262
        EMAIL: smonaghan@arml.org

## CERTIFICATE OF SERVICE

I, Sara Monaghan, hereby certify that on this 7th day of April 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF System, which will send notification of such filing to all participating counsel of record listed below:

Stephanie McTee
Jaron McTee
flipgrassllc@gmail.com

/s/ Sara Monaghan_____
Sara Monaghan