## IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF ARKANSAS
### FAYETTEVILLE DIVISION

STEPHANIE McTEE AND JARON
McTEE                                                                   PLAINTIFFS

V.                              CASE NO. 5:26cv5007DCF

SGT. TREVOR HAMMONS; OFFICER DIEGO
IBARRA; OFFICER DARRIN BENTLEY; CHIEF
COREY JENISON; each in their official and
Individual capacities; and the CITY OF
TONTITOWN                                                               DEFENDANTS

## ANSWER

COME NOW, Defendants herein, by and through counsel, and for their Answer to Plaintiffs' First Amended Complaint, state:

1.      Paragraph one (1) of Plaintiffs' First Amended Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary, Defendants deny the same and further deny any and all allegations of wrongdoing.

2.      Paragraph two (2) of Plaintiffs' First Amended Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary, Defendants deny the same and further deny any and all allegations of wrongdoing.

3.      Paragraph three (3) of Plaintiffs' First Amended Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary, Defendants deny the same and further deny any and all allegations of wrongdoing.

4.      Paragraph four (4) of Plaintiffs' First Amended Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary, Defendants deny the same and further deny any and all allegations of wrongdoing.

5.      Paragraph five (5) of Plaintiffs' First Amended Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary, Defendants deny the same and further deny any and all allegations of wrongdoing.

6.      Paragraph six (6) of Plaintiffs' First Amended Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary, Defendants deny the same and further deny any and all allegations of wrongdoing.

8[1].      Defendants are without knowledge or information sufficient to admit or deny whether the Plaintiffs are legally married. Defendants admit the Plaintiffs reside at 156 Ranalli Ave., Tontitown, Arkansas.

9.      Defendants admit the allegations contained in paragraph nine (9) of Plaintiffs' First Amended Complaint.

10.      In regard to Paragraph ten (10), Defendants admit the allegations contained in the sentence beginning, "Defendant Corey."  The remaining allegations in paragraph ten (10) of Plaintiffs' First Amended Complaint contain conclusions of law and therefore no response is required; however, to the extent a response is deemed necessary, Defendants deny the same and further deny any and all allegations of wrongdoing.

11.      Paragraph eleven (11) of Plaintiffs' First Amended Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary, Defendants deny the same and further deny any and all allegations of wrongdoing.

13[2].      Defendants deny the basis and characterization of the allegations in the first sentence of Paragraph thirteen (13) of Plaintiffs' First Amended Complaint and therefore deny the

---

[1] Plaintiffs omitted paragraph 7; therefore, Defendants are following their numbering pattern.
[2] Plaintiffs omitted paragraph 12; therefore, Defendants are following their numbering pattern.

same and further deny any and all allegations of wrongdoing. Defendants deny the remainder of paragraph thirteen (13) of Plaintiffs' First Amended Complaint.

14.    Defendants deny the basis and characterization of the allegations in the first sentence of Paragraph fourteen (14) of Plaintiffs' First Amended Complaint and therefore deny the same and further deny any and all allegations of wrongdoing.

15.    Defendants deny the allegations contained in paragraph fifteen (15) of Plaintiffs' First Amended Complaint and further deny any and all allegations of wrongdoing.

16.    Defendants deny the allegations contained in paragraph sixteen (16) of Plaintiffs' First Amended Complaint and further deny any and all allegations of wrongdoing.

17.    Defendants admit the allegations contained in paragraph seventeen (17) of Plaintiffs' First Amended Complaint.

18.    Paragraph eighteen (18) of Plaintiffs' First Amended Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary, Defendants deny the same and further deny any and all allegations of wrongdoing.

19.    Defendants are without knowledge or information sufficient to admit or deny the allegations of Paragraph nineteen (19) of Plaintiff's First Amended Complaint and therefore no response is required; however, to the extent a response is deemed necessary, Defendants deny the same and further deny any and all allegations of wrongdoing.

20.    Defendants deny the basis and characterization of the allegations of Paragraph twenty (20) of Plaintiff's First Amended Complaint and therefore deny the same and further deny any and all allegations of wrongdoing.

21.    Defendants are without knowledge or information sufficient to admit or deny the allegations of Paragraph twenty-one (21) of Plaintiff's First Amended Complaint and therefore no

response is required; however, to the extent a response is deemed necessary, Defendants deny the same and further deny any and all allegations of wrongdoing.

22.    Defendants deny the basis and characterization of the allegations contained in paragraph twenty-two (22) of Plaintiffs' First Amended Complaint and therefore deny the same and further deny any and all allegations of wrongdoing.

23.    Paragraph twenty-three (23) of Plaintiffs' First Amended Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary, Defendants deny the same and further deny any and all allegations of wrongdoing.

24.    Defendants admit that Jaron McTee exited the residence as set out in paragraph twenty-four (24) of Plaintiffs' First Amended Complaint. Defendants are without knowledge or information sufficient to admit or deny the reason Jaron McTee exited the residence and therefore deny same and further deny any and all wrongdoing.

25.    Paragraph twenty-five (25) of Plaintiffs' First Amended Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary, Defendants deny the same and further deny any and all allegations of wrongdoing.

26.    Defendants deny the basis and characterization of the allegations contained in paragraph twenty-six (26) of Plaintiffs' First Amended Complaint and therefore deny the same and further deny any and all allegations of wrongdoing.

27.    Defendants deny the basis and characterization of the allegations contained in paragraph twenty-seven (27) of Plaintiffs' First Amended Complaint and therefore deny the same and further deny any and all allegations of wrongdoing.

28. Defendants deny the basis and characterization of the allegations contained in paragraph twenty-eight (28) of Plaintiffs' First Amended Complaint and therefore deny the same and further deny any and all allegations of wrongdoing.

29. Paragraph twenty-nine (29) of Plaintiffs' First Amended Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary, Defendants deny the same and further deny any and all allegations of wrongdoing.

30. In regard to Paragraph thirty (30) of Plaintiff's First Amended Complaint, Defendants admit the video speaks for itself with respect to the allegations in the sentence beginning, "Officer Ibarra." The remaining allegations of paragraph thirty (30) of Plaintiffs' First Amended Complaint contain conclusions of law and as such no response is required; however, to the extent a response is deemed necessary, Defendants deny the same and further deny any and all allegations of wrongdoing.

31. Defendants deny the basis and characterization of the allegations contained in paragraph thirty-one (31) of Plaintiffs' First Amended Complaint and therefore deny the same and further deny any and all allegations of wrongdoing.

32. Defendants deny the basis and characterization of the allegations contained in paragraph thirty-two (32) of Plaintiffs' First Amended Complaint and therefore deny the same and further deny any and all allegations of wrongdoing.

33. Defendants deny the basis and characterization of the allegations of paragraph thirty-three (33) of Plaintiff's First Amended Complaint and therefore deny the same and further deny any and all allegations of wrongdoing.

34. Paragraph thirty-four (34) of Plaintiffs' First Amended Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary, Defendants deny the same and further deny any and all allegations of wrongdoing.

35. Paragraph thirty-five (35) of Plaintiffs' First Amended Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary, Defendants deny the same and further deny any and all allegations of wrongdoing.

36. Paragraph thirty-six (36) of Plaintiffs' First Amended Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary, Defendants deny the same and further deny any and all allegations of wrongdoing.

37. Defendants deny the basis and characterization of the allegations contained in paragraph thirty-seven (37) of Plaintiffs' First Amended Complaint and therefore deny the same and further deny any and all allegations of wrongdoing.

38. Paragraph thirty-eight (38) of Plaintiffs' First Amended Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary, Defendants deny the same and further deny any and all allegations of wrongdoing.

39. Defendants deny the basis and characterization of the allegations contained in paragraph thirty-nine (39) of Plaintiffs' First Amended Complaint and therefore deny the same and further deny any and all allegations of wrongdoing.

40. Defendants deny the allegations contained in paragraph forty (40) of Plaintiffs' First Amended Complaint.

41. Defendants deny the allegations contained in paragraph forty-one (41) of Plaintiffs' First Amended Complaint.

42.     Defendants deny the allegations contained in paragraph forty-two (42) of Plaintiffs' First Amended Complaint.

43.     Defendants deny the basis and characterization of the allegations contained in paragraph forty-three (43) of Plaintiffs' First Amended Complaint and therefore deny the same and further deny any and all allegations of wrongdoing.

44.     Defendants deny the allegations contained in paragraph forty-four (44) of Plaintiffs' First Amended Complaint.

45.     Defendants deny the basis and characterization of the allegations of Paragraph forty-five (45) of Plaintiff's First Amended Complaint and therefore denies the same and further denies any and all allegations of wrongdoing.

46.     Defendants deny the allegations contained in paragraph forty-six (46) of Plaintiffs' First Amended Complaint.

47.     Defendants deny the allegations contained in paragraph forty-seven (47) of Plaintiffs' First Amended Complaint.

19[3]     Upon information and belief, Defendants admit the allegations contained in paragraph nineteen (19) of Plaintiffs' First Amended Complaint.

20.     Defendants admit the allegations contained in paragraph twenty (20) of Plaintiffs' First Amended Complaint.

21.     Defendants deny the basis and characterization of the allegations contained in paragraph twenty-one (21) of Plaintiffs' First Amended Complaint and therefore deny the same and further deny any and all allegations of wrongdoing.

---

[3] Plaintiffs' paragraphs are out of sequence, starting at 19; therefore, Defendants are following their numbering pattern.

22.     Defendants deny the basis and characterization of the allegations contained in paragraph twenty-two (22) of Plaintiffs' First Amended Complaint and therefore deny the same and further deny any and all allegations of wrongdoing.

23.     Defendants deny the basis and characterization of the allegations contained in paragraph twenty-three (23) of Plaintiffs' First Amended Complaint and therefore deny the same and further deny any and all allegations of wrongdoing.

24.     Defendants deny the allegations contained in paragraph twenty-four (24) of Plaintiffs' First Amended Complaint.

25.     Defendants deny the allegations contained in paragraph twenty-five (25) of Plaintiffs' First Amended Complaint.

26.     Defendants deny the basis and characterization of the allegations contained in paragraph twenty-six (26) of Plaintiffs' First Amended Complaint and therefore deny the same and further deny any and all allegations of wrongdoing.

27.     Paragraph twenty-seven (27) of Plaintiffs' First Amended Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary, Defendants deny the same and further deny any and all allegations of wrongdoing.

28.     Defendants deny the allegations contained in paragraph twenty-eight (28) of Plaintiffs' First Amended Complaint.

29.     Sgt. Hammons did initiate a leg sweep on Stephanie McTee. Defendants are without knowledge or information sufficient to admit or deny the remaining allegations of Paragraph twenty-nine (29) of Plaintiff's First Amended Complaint and therefore no response is required; however, to the extent a response is deemed necessary, Defendants deny the same and further deny any and all allegations of wrongdoing.

30.     Paragraph thirty (30) of Plaintiffs' First Amended Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary, Defendants deny the same and further deny any and all allegations of wrongdoing.

31.     Paragraph thirty-one (31) of Plaintiffs' First Amended Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary, Defendants deny the same and further deny any and all allegations of wrongdoing.

32.     Paragraph thirty-two (32) of Plaintiffs' First Amended Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary, Defendants deny the same and further deny any and all allegations of wrongdoing.

33.     Paragraph thirty-three (33) is not a complete sentence and therefore no response is required; however, to the extent a response is deemed necessary, Defendants deny the same and further deny any and all allegations of wrongdoing.

31.[4]     Paragraph thirty-one (31) of Plaintiffs' First Amended Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary, Defendants deny the same and further deny any and all allegations of wrongdoing.

32.     Paragraph thirty-two (32) of Plaintiffs' First Amended Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary, Defendants deny the same and further deny any and all allegations of wrongdoing.

33.     Paragraph thirty-three (33) of Plaintiffs' First Amended Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary, Defendants deny the same and further deny any and all allegations of wrongdoing.

---

[4]Plaintiffs' paragraphs are out of sequence, starting at 31; therefore, Defendants are following their numbering pattern.

34.     Paragraph thirty-four (34) of Plaintiffs' First Amended Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary, Defendants deny the same and further deny any and all allegations of wrongdoing.

35.     Paragraph thirty-five (35) of Plaintiffs' First Amended Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary, Defendants deny the same and further deny any and all allegations of wrongdoing.

36.     Paragraph thirty-three (36) is not a complete sentence and therefore no response is required; however, to the extent a response is deemed necessary, Defendants deny the same and further deny any and all allegations of wrongdoing.

34[5]     Paragraph thirty-four (34) is not a complete sentence and therefore no response is required; however, to the extent a response is deemed necessary, Defendants deny the same and further deny any and all allegations of wrongdoing.

35.     Paragraph thirty-five (35) of Plaintiffs' First Amended Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary, Defendants deny the same and further deny any and all allegations of wrongdoing.

36.     Paragraph thirty-six (36) of Plaintiffs' First Amended Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary, Defendants deny the same and further deny any and all allegations of wrongdoing.

37.     Paragraph thirty-seven (37) of Plaintiffs' First Amended Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary, Defendants deny the same and further deny any and all allegations of wrongdoing.

---

[5] Plaintiffs' paragraphs are out of sequence, starting at 34; therefore, Defendants are following their numbering pattern.

38.    Paragraph thirty-seven (37) of Plaintiffs' First Amended Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary, Defendants deny the same and further deny any and all allegations of wrongdoing.

39.    Paragraph thirty-nine (39) of Plaintiffs' First Amended Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary, Defendants deny the same and further deny any and all allegations of wrongdoing.

38.[6]    Paragraph thirty-eight (38) is not a complete sentence and therefore no response is required; however, to the extent a response is deemed necessary, Defendants deny the same and further deny any and all allegations of wrongdoing.

39.    Paragraph thirty-nine (39) of Plaintiffs' First Amended Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary, Defendants deny the same and further deny any and all allegations of wrongdoing.

40.    Paragraph forty (40) of Plaintiffs' First Amended Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary, Defendants deny the same and further deny any and all allegations of wrongdoing.

41.    Paragraph forty-one (41) of Plaintiffs' First Amended Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary, Defendants deny the same and further deny any and all allegations of wrongdoing.

42.    Paragraph forty-two (42) of Plaintiffs' First Amended Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary, Defendants deny the same and further deny any and all allegations of wrongdoing.

---

[6] Plaintiffs' paragraphs are out of sequence, starting at 38; therefore, Defendants are following their numbering pattern.

11

43.     Paragraph forty-three (43) is not a complete sentence and therefore no response is required; however, to the extent a response is deemed necessary, Defendants deny the same and further deny any and all allegations of wrongdoing.

42.[7]     Paragraph forty-two (42) is not a complete sentence and therefore no response is required; however, to the extent a response is deemed necessary, Defendants deny the same and further deny any and all allegations of wrongdoing.

43.     Paragraph forty-three (43) of Plaintiffs' First Amended Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary, Defendants deny the same and further deny any and all allegations of wrongdoing.

44.     Paragraph forty-four (44) of Plaintiffs' First Amended Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary, Defendants deny the same and further deny any and all allegations of wrongdoing.

45.     Paragraph forty-five (45) of Plaintiffs' First Amended Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary, Defendants deny the same and further deny any and all allegations of wrongdoing.

46.     Paragraph forty-six (46) of Plaintiffs' First Amended Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary, Defendants deny the same and further deny any and all allegations of wrongdoing.

47.     Paragraph forty-seven (47) of Plaintiffs' First Amended Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary, Defendants deny the same and further deny any and all allegations of wrongdoing.

---

[7] Plaintiffs' paragraphs are out of sequence, starting at 42; therefore, Defendants are following their numbering pattern.

48.     Paragraph forty-seven (47) of Plaintiffs' First Amended Complaint contains conclusions of law and as such no response is required; however, to the extent a response is deemed necessary, Defendants deny the same and further deny any and all allegations of wrongdoing.

49.     Paragraph forty-nine (49) is not a complete sentence and therefore no response is required; however, to the extent a response is deemed necessary, Defendants deny the same and further deny any and all allegations of wrongdoing.

50.     Defendants deny that Plaintiffs are entitled to the relief requested in the paragraph beginning with "WHEREFORE…" including subparts A-E.

51.     Defendants request a trial by jury.

52.     Defendants deny any allegation not specifically admitted to herein.

## AFFIRMATIVE DEFENSES

1.     The allegations of the Complaint fail to state facts or claim upon which relief may be granted.

2.     Neither Stephanie nor Jaron McTee's rights were violated.

3.     Stephanie McTee's alleged injuries did not occur as a result of any unlawful or unconstitutional conduct by Officer Hammons but were a result of her own conduct.

4.     The Plaintiffs alleged damages did not occur as a result of a custom, policy, or practice of the City of Tontitown.

5.     Defendants are entitled to tort, qualified, statutory, good faith, and punitive damages immunity under all applicable doctrines of immunity pursuant to state and federal law, including but not limited to Ark. Code Ann. § 21-9-301.

6.     Defendants assert the defense of privilege and justification.

13

7.      Defendants assert that Plaintiffs have plead a factually insufficient case to warrant the imposition of punitive damages.

8.      Punitive damages are not recoverable against a municipality as a matter of law.

9.      Defendants reserve the right to amend or supplement their affirmative defenses as defenses become apparent or available during the course of litigation.

Respectfully submitted,

BY:    Sara Monaghan_____
        SARA MONAGHAN, Ark. Bar No. 2005276
        Attorney for Defendants
        P.O. Box 38
        North Little Rock, AR 72115
        TELEPHONE: 501-978-6118
        FACSIMILE: 501-537-7262
        EMAIL: smonaghan@arml.org

## CERTIFICATE OF SERVICE

I, Sara Monaghan, hereby certify that on this 27th day of April 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF System, which will send notification of such filing to all participating counsel of record listed below:

Stephanie McTee
Jaron McTee
flipgrassllc@gmail.com

/s/ Sara Monaghan_____
Sara Monaghan

14